IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 19-742C (Judge Griggsby) |
| THE UNITED STATES, | ) ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

    Please enter the appearance of Tanya B. Koenig, as attorney of record for the United States.  Service of all papers by opposing parties should be addressed as follows:

Tanya B. Koenig
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C. 20044

/s/ Tanya B. Koenig
TANYA B. KOENIG
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 305-7587
Facsimile:  (202) 514-8624
Email: tanya.b.koenig@usdoj.gov

Dated:  May 20, 2019