# In the United States Court of Federal Claims
BID PROTEST

|  |  |  |
|---|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP. | ) ) ) ) | |
| Plaintiff, | ) ) | No. 19-742C |
| v. | ) ) | Filed May 20, 2019 |
| THE UNITED STATES, | ) ) ) | |
| Defendant. | ) | |

**ORDER**

On May 17, 2019, plaintiff filed a complaint (docket entry 1) in this post-award bid protest action. The parties shall participate in a telephonic status conference to be held on **Wednesday, May 22, 2019, at 11:00 a.m. Eastern Time**.

The telephonic status conference shall be held *via* AT&T Teleconferencing. The Court will provide the parties *via* email with a call-in number, an access code, and a security code. Participating on the call will be counsel of record for each party.

For Plaintiff: **Craig Alan Holman**
Arnold & Porter Kaye Scholer LLP (DC)
601 Massachusetts Avenue, NW
Washington, DC 20001
(202) 942-5722
Craig.Holman@arnoldporter.com

|  |  |
|---|---|
| For Defendant: | **Tanya Beth Koenig**<br>U.S. Department of Justice - Civil Division<br>P. O. Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>(202) 305-7587<br>tanya.b.koenig@usdoj.gov |

**IT IS SO ORDERED.**

                                                s/ Lydia Kay Griggsby
                                                LYDIA KAY GRIGGSBY
                                                Judge