## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## BID PROTEST

|  |  |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant. | Case No. 19-742-C <br> (Judge Lydia Kay Griggsby) |

## **ORDER**

HAVING READ AND CONSIDERED the Motion to Intervene filed by Blue Origin, LLC, along with the entire Record, the Court has determined that Blue Origin's Motion to Intervene should be, and hereby is GRANTED.

IT IS SO ORDERED.

May ____, 2019

                                                                                              _____
                                                                                              Judge Griggsby