## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## BID PROTEST

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) ) |

Case No. 19-742-C
(Judge Lydia Kay Griggsby)

## **RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Rules of the United States Court of Federal Claims, the undersigned counsel of record for Blue Origin, LLC states that Blue Origin, LLC is a 100% privately owned limited liability company, and no publicly-held corporation owns 10% or more interest in Blue Origin, LLC.  Blue Origin, LLC is 100% owned by Blue Origin Enterprises, L.P., which in turn is 100% owned by Explore Holdings LLC, both of which are privately held entities.

Dated:  May 21, 2019

Respectfully submitted,

*/s/ Scott E. Pickens*
Scott E. Pickens

BARNES & THORNBURG LLP
1717 Pennsylvania Avenue, NW
Suite 500
Washington, D.C.  20006
(202) 371-6349 (Telephone)
(202) 912-8409 (Secure Facsimile)
Scott.Pickens@btlaw.com

*Counsel of Record for Blue Origin, LLC*

Of Counsel:

Michael A. Hordell
Matthew J. Michaels
BARNES & THORNBURG LLP
1717 Pennsylvania Avenue, NW
Suite 500
Washington, D.C.  20006
(202) 289-1313 (Telephone)
Michael.Hordell@btlaw.com
Matthew.Michaels@btlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2019, pursuant to RCFC 5, 5.3, and Appendix E, paragraph 12, I caused the foregoing document to be filed electronically. All counsel of record will be served by operation of the Court's electronic filing system.

Dated: May 21, 2019

                                            Respectfully submitted,

                                            */s/ Scott E. Pickens*
                                            Scott E. Pickens

                                            BARNES & THORNBURG LLP
                                            1717 Pennsylvania Avenue, NW
                                            Suite 500
                                            Washington, D.C.  20006
                                            (202) 371-6349 (Telephone)
                                            (202) 912-8409 (Secure Facsimile)
                                            Scott.Pickens@btlaw.com

                                            *Counsel of Record for Blue Origin, LLC*

Of Counsel:

Michael A. Hordell
Matthew J. Michaels
BARNES & THORNBURG LLP
1717 Pennsylvania Avenue, NW
Suite 500
Washington, D.C.  20006
(202) 289-1313 (Telephone)
Michael.Hordell@btlaw.com
Matthew.Michaels@btlaw.com