## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## BID PROTEST

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP.<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>      Defendant. | Case No. 19-742-C<br>(Judge Lydia Kay Griggsby) |

### [PROPOSED] ORDER

HAVING READ AND CONSIDERED the Motion to Intervene filed by United Launch Services, LLC ("ULS"), along with the entire Record, the Court has determined that ULS' Motion to Intervene should be, and hereby is GRANTED.

IT IS SO ORDERED.

Dated:  May ____, 2019

_____
Judge Griggsby