# In the United States Court of Federal Claims

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., ) ) ) | |
| Plaintiff, ) | No. 19-742C |
| ) | |
| v. ) | Filed May 23, 2019 |
| ) | |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| v. ) | |
| ) | |
| BLUE ORIGIN, LLC, *et al.*, ) | |
| ) | |
| Defendant-Intervenors. ) | |

## ORDER

On May 22, 2019, Orbital Sciences Corporation ("Orbital") filed an unopposed motion to intervene in the above-captioned post-award bid protest matter, pursuant to Rule 24 of the Rules of the United States Court of Federal Claims ("RCFC") (docket entry no. 13). Orbital represents that it has a direct and immediate economic interest in the Court's resolution of this bid protest. And so, for these reasons, the Court **GRANTS** Orbital's motion to intervene. RCFC 24(a)(2).

**IT IS SO ORDERED.**

                                            s/ Lydia Kay Griggsby
                                            LYDIA KAY GRIGGSBY
                                            Judge