IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant, <br><br> and <br><br> UNITED LAUNCH ALLIANCE, LLC, BLUE ORIGIN, LLC, and ORBITAL SCIENCES CORPORATION, <br><br> Intervenor-Defendants. | Case No. 1:19-cv-00742-LKG <br><br> Judge Griggsby |

## DISCLOSURE STATEMENT

Orbital Sciences Corporation ("Orbital"), through its counsel, furnishes the following information pursuant to Rule 7.1 of the United States Court of Federal Claims. Orbital is a subsidiary of Northrop Grumman Corporation, a publicly held corporation. No other publicly held corporations own 10% or more of its stock.

Dated: May 23, 2019

Respectfully submitted,

By: _/s/ Kevin P. Mullen_
Kevin P. Mullen
David A. Churchill
Sandeep N. Nandivada
R. Locke Bell
Lauren J. Horneffer
Morrison & Foerster LLP
2000 Pennsylvania Ave., NW
Washington, DC  20006-1888
Telephone: 202.887.1560
Facsimile: 202.887.0763
KMullen@mofo.com

*Attorneys for Orbital Sciences Corporation*

Of Counsel:
Maureen F. Del Duca, Vice President, Deputy General Counsel
Kenneth M. Reiss, Corporate Director, Assistant General Counsel
Northrop Grumman Corporation
2980 Fairview Park Drive
Falls Church, VA  22042

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Federal Claims by using the CM/ECF system on May 23, 2019, and that a copy of the foregoing was served this day on all parties via the Court's CM/ECF system.

*/s/ Kevin P. Mullen*
Kevin P. Mullen