IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. <br><br> and <br><br> UNITED LAUNCH ALLIANCE, LLC, BLUE ORIGIN, LLC, and ORBITAL SCIENCES CORPORATION, <br><br> Intervenor-Defendants. | Case No. 1:19-cv-00742-LKG <br><br> Judge Griggsby |

### ORBITAL SCIENCES CORPORATION'S
### MOTION TO WITHDRAW PROTECTIVE ORDER APPLICATIONS

Pursuant to Rule 77.3(1) of the Rules of the United States Court of Federal Claims ("RCFC"), Orbital Sciences Corporation ("Orbital"), a subsidiary of Northrop Grumman Corporation, moves to withdraw the Applications for Access to Information Under Protective Order by Outside or Inside Counsel filed on May 23, 2019 for Ms. Maureen F. Del Duca and Mr. Kenneth M. Reiss in the above-captioned bid protest (Docket No. 24 and Docket No. 25, respectively). After Orbital filed the above referenced applications, Plaintiff requested additional restrictions on access to protected material for Orbital's Inside Counsel. Orbital accommodated the request and filed revised applications for Kenneth M. Reiss (Docket No. 40) and Ms. Maureen F. Del Duca (Docket No. 41) on May 28, 2019 and May 29, 2019, respectively.

Orbital has conferred with counsel for the Plaintiff, Defendant, and Intervenor-Defendants, and no party opposes this motion.

Dated:   May 30, 2019               Respectfully submitted,

By: /s/ Kevin P. Mullen
Kevin P. Mullen
David A. Churchill
Sandeep N. Nandivada
R. Locke Bell
Lauren J. Horneffer
Morrison & Foerster LLP
2000 Pennsylvania Ave., NW
Washington, DC  20006-1888
Telephone: 202.887.1560
Facsimile: 202.887.0763

*Attorneys for Orbital Sciences Corporation*

<u>Of Counsel</u>:
Maureen F. Del Duca, Vice President, Deputy General Counsel
Kenneth M. Reiss, Corporate Director, Assistant General Counsel
Northrop Grumman Corporation
2980 Fairview Park Drive
Falls Church, VA  22042

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Federal Claims by using the CM/ECF system on May 29, 2019, and that a copy of the foregoing was served this day on all parties via the Court's CM/ECF system.

　　　　　　　　　　　　　　　　　　/s/ Kevin P. Mullen
　　　　　　　　　　　　　　　　　　Kevin P. Mullen