# In the United States Court of Federal Claims

|  |  |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., ) ) ) | |
| Plaintiff, ) | No. 19-742C |
| ) | |
| v. ) | Filed May 30, 2019 |
| ) | |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| v. ) | |
| ) | |
| BLUE ORIGIN, LLC, *et al.*, ) | |
| ) | |
| Defendant-Intervenors. ) | |

## ORDER

On May 30, 2019, Orbital Sciences Corporation ("Orbital") filed an unopposed motion to withdraw the applications for access to information under the Protective Order submitted on behalf of Ms. Maureen F. Del Duca and Mr. Kenneth M. Reiss on May 23, 2019, in the above-captioned post-award bid protest matter (docket entry no. 42). *See* Rule 77.3(a)(1) of the Rules of the United States Court of Federal Claims.

In light of the foregoing, and for good cause shown, the Court **GRANTS** Orbital's motion to withdraw and directs the Clerk's Office to **STRIKE** the subject applications for access to information (docket entry nos. 24-25).

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
Judge