IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Bid Protest)

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant.<br><br>and<br><br>UNITED LAUNCH SERVICES, LLC, BLUE ORIGIN, LLC, & ORBITAL SCIENCES CORP.,<br><br>Defendant-Intervenors. | No. 19-742 C<br>(Judge Griggsby) |

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE PAPER COPIES OF THE ADMINISTRATIVE RECORD**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a three-day enlargement of time, to and including Friday June 14, 2019, within which to file two paper copies of the administrative record with the Court. Pursuant to this Court's scheduling order, dated May 22, 2019, two paper copies of the administrative record are due at 5:00 pm, June 11, 2019. We do not seek an extension of the deadline to file and serve a copy of the record on CD-ROM at this time. This is our first request for an enlargement of time for this purpose. Counsel for the plaintiff, Space Exploration Technologies Corp., and the defendant-intervenors, United Launch Services, LLC, Blue Origin, LLC, and Orbital Sciences Corp., have indicated that they consent to this motion for an enlargement of time.

This extension is necessary because, although we are confident that we will have time to prepare a CD-ROM version of the administrative record, we estimate that the record will consist of nearly 2 gigabytes of documents, and cannot prepare the paper copies in time to meet the current filing deadline.  Further, because we are focusing our efforts on preparing and serving the CD-ROM versions of the record to the Court and the parties, we do not anticipate having the documents to the printer until Wednesday morning, June 12, 2019.  Accordingly, we respectfully request that we have until Friday, June 14, 2019, to file the paper copies with the Court.  In the event that we complete the paper copies earlier than expected, we will file them with the Court early.

For these reasons, we respectfully request that the Court grant an enlargement of time, to and including Friday June 14, 2019, to file paper copies of the administrative record.

Respectfully Submitted,

JOSEPH H. HUNT
Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

/s/ Douglas K. Mickle
DOUGLAS K. MICKLE
Assistant Director

OF COUNSEL:

ERIKA WHELAN RETTA
Air Force Legal Operations Agency
Commercial Law and Litigation Directorate
AFLOA/JAQC
Contract and Fiscal Law Division

GREGORY YOKAS
Space and Missile Systems Center
Office of the Staff Judge Advocate

June 10, 2019

/s/ Tanya B. Koenig
TANYA B. KOENIG
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480, Ben Franklin Station
Washington, DC 20044
Tele: (202) 305-7587

Attorneys for Defendant