# In the United States Court of Federal Claims

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., ) ) ) ) Plaintiff, ) ) v. ) ) THE UNITED STATES, ) ) Defendant. ) ) v. ) ) BLUE ORIGIN, LLC, *et al.*, ) ) Defendant-Intervenors. ) ) | No. 19-742C<br><br>Filed June 26, 2019 |

## **ORDER**

On June 25, 2019, the government filed an unopposed motion to file a corrected administrative record in the above-captioned post-award bid protest matter (docket entry no. 56). Counsel for the government represents that the corrected administrative record will remove password protections from the CD-ROM, correct and add certain attachments, and add certain language which was inadvertently omitted from the administrative record.

In view of the foregoing, the Court **GRANTS** the government's unopposed motion to file a corrected administrative record. The government shall **FILE** the corrected administrative record in CD-ROM format and provide two copies in paper form to chambers on or before **June 27, 2019**.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby<br>
LYDIA KAY GRIGGSBY<br>
Judge