# In the United States Court of Federal Claims

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., ) ) ) ) Plaintiff, ) ) v. ) ) THE UNITED STATES, ) ) Defendant. ) ) v. ) ) BLUE ORIGIN, LLC, *et al.*, ) ) Defendant-Intervenors. ) | No. 19-742C<br><br>Filed July 16, 2019 |

## ORDER

Oral argument on the government's motion to dismiss will be held on **Thursday, August 15, 2019, at 2:00 p.m. Eastern Time**, in the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20439.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby<br>
LYDIA KAY GRIGGSBY<br>
Judge