# In the United States Court of Federal Claims

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., | |
| Plaintiff, | No. 19-742C |
| v. | Filed July 30, 2019 |
| THE UNITED STATES, | |
| Defendant. | |
| v. | |
| BLUE ORIGIN, LLC, *et al.*, | |
| Defendant-Intervenors. | |

## ORDER

The Court has scheduled oral argument on the government's motion to dismiss the above-captioned post-award bid protest matter for **Thursday, August 15, 2019, at 2:00 p.m. Eastern Time**. The parties shall adhere to the following time allocations for the oral argument:

1. Opening argument for plaintiff and the government, **30** minutes each;

2. Response for plaintiff and the government, **20** minutes each; and

3. Rebuttal, if any, for plaintiff and the government, **5** minutes each.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
Judge