# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# BID PROTEST

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., ) ) ) ) Plaintiff, ) ) v. ) ) THE UNITED STATES, ) ) Defendant, ) ) and ) ) BLUE ORIGIN, LLC, *et al.*, ) ) Defendant-Intervenors. ) ) | Case No. 19-742-C<br>Judge Lydia Kay Griggsby |

## JOINT MOTION TO AMEND THE SCHEDULING ORDER

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims and based on the hearing held on August 15, 2019, Plaintiff Space Exploration Technologies Corporation ("SpaceX") and Defendant the United States, respectfully move this Court to suspend the current merits briefing deadlines set forth in the July 29, 2019 Scheduling Order, while the Court resolves the jurisdictional matters before it.  Should this Court accept jurisdiction on the merits, the parties agree to confer and propose revised deadlines within seven days of the Court's decision.  Counsel for defendant-intervenors have indicated that they do not oppose this motion.

For these reasons, we respectfully request that the Court grant the foregoing scheduling request.

| | |
|---|---|
| Dated: August 19, 2019 | Respectfully Submitted, |
| DEPARTMENT OF JUSTICE | ARNOLD & PORTER KAYE SCHOLER LLP |
| /s/ Tanya B. Koenig | /s/ Craig A. Holman |
| Tanya B. Koenig | Craig A. Holman |
| Trial Attorney | 601 Massachusetts Ave., N.W. |
| Commercial Litigation Branch | Washington, D.C. 20001 |
| Civil Division | Phone: (202) 942-5720 |
| P.O. Box 480, Ben Franklin Station | Fax: (202) 942-5999 |
| Washington, D.C. 20044 | *Attorney of Record for Space Exploration Technologies Corp.* |
| Tele: (202) 305-7587 | |
| *Attorney of Record for Defendant the United States* | |

*Of Counsel:*                                    *Of Counsel:*

ERIKA WHELAN RETTA                               Kara L. Daniels
Air Force Legal Operations Agency                David M. Hibey
Commercial Law and Litigation Directorate        Sonia Tabriz
AFLOA/JAQC                                       Nathaniel E. Castellano
Contract and Fiscal Law Division                 Eric Valle
                                                 ARNOLD & PORTER KAYE SCHOLER LLP
GREGORY YOKAS                                    601 Massachusetts Ave., N.W.
Space and Missile Systems Center                 Washington, D.C. 20001
Office of the Staff Judge Advocate