# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., ) ) ) ) Plaintiff, ) ) v. ) ) THE UNITED STATES, ) ) Defendant, ) ) and ) ) BLUE ORIGIN, LLC, *et al.*, ) ) Defendant-Intervenors. ) | Case No. 19-742-C<br>Judge Lydia Kay Griggsby |

## PROPOSED ORDER GRANTING
## JOINT MOTION TO AMEND THE SCHEDULING ORDER

Pursuant to the Joint Motion to Amend the Scheduling Order, it is hereby

ORDERED that the deadlines for the merits briefing in the Court's July 29, 2019 Scheduling Order are stayed, and it is

FURTHER ORDERED that the parties will confer within seven days of the Court's jurisdictional ruling and propose a revised schedule for this matter to proceed on the merits.

 

 

_____
Judge Lydia Kay Griggsby