# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., | ) ) ) ) | |
| Plaintiff, | ) ) | No. 19-742C |
| v. | ) ) | Filed August 20, 2019 |
| THE UNITED STATES, | ) ) ) | |
| Defendant, | ) ) | |
| v. | ) ) | |
| BLUE ORIGIN, LLC, *et al.*, | ) ) | |
| Defendant-Intervenors. | ) ) | |

## SCHEDULING ORDER

On August 19, 2019, the parties filed a joint motion to amend the Scheduling Order dated July 29, 2019, in the above-captioned post-award bid protest matter (docket entry no. 71). The parties request that the Court suspend the current merits briefing deadlines while the Court resolves the jurisdictional issues related to the government's motion to dismiss. The defendant-intervenors do not oppose this motion.

In light of the foregoing, the Court **GRANTS** the parties' joint motion to amend the Scheduling Order. The Court suspends the briefing on the parties' cross-motions for judgment upon the administrative record, pending its resolution of the government's motion to dismiss.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby  
LYDIA KAY GRIGGSBY  
Judge