# In the United States Court of Federal Claims

**SPACE EXPLORATION TECHNOLOGIES,
CORPORATION.,**
       **Plaintiff,**

**v**

**THE UNITED STATES,**
       **Defendant,**

**v**

**BLUE ORIGIN, LLC; UNITED LAUNCH
SERVICES, LLC; ORBITAL SCIENCES
CORPORATION,**
       **Intervenor Defendants.**

**Case No. 19-742C**

## NOTICE OF FILING OF OFFICIAL SEALED TRANSCRIPT

      Notice is hereby given that an official transcript of proceedings held on **August 15, 2019,** has been filed in the above-captioned matter.   As this is a transcript of a sealed proceeding, the transcript is available to case participants only and will remain sealed unless the judge orders otherwise.

      This transcript will be made electronically available to the parties to this proceeding after 90 calendar days.   If a party to the case would like to review the transcript before it is electronically available, the party may purchase a copy from the official court reporter (at which time the purchasing party will receive immediate electronic access to the transcript) or view the document at the Clerk's Office public terminal.   Please contact the Clerk's Office at (202) 357-6414 for more information.

**August 20, 2019**                                                                                 **s/ Edwin Wesley**
                                                                                                               **Deputy Clerk**