# In the United States Court of Federal Claims

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE UNITED STATES, )<br>)<br>Defendant. )<br>)<br>v. )<br>)<br>BLUE ORIGIN, LLC, *et al.*, )<br>)<br>Defendant-Intervenors. ) | No. 19-742C<br><br>Filed August 29, 2019 |

## ORDER

On August 27, 2019, the parties in the above-captioned matter filed a joint status report requesting that the Court unseal the transcript for the proceeding held in this matter on August 15, 2019, without redaction (docket entry no. 76).

As requested and consented to by the parties, the Court **DIRECTS** the Clerk's office to unseal the transcript for the proceeding held in this matter on August 15, 2019.

**IT IS SO ORDERED.**

                                                                            s/ Lydia Kay Griggsby  
                                                                            LYDIA KAY GRIGGSBY  
                                                                            Judge