# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., | ) ) ) ) | |
| Plaintiff, | ) ) | No. 19-742C |
| v. | ) ) | Filed September 10, 2019 |
| THE UNITED STATES, | ) ) ) | |
| Defendant. | ) ) | |
| v. | ) ) | |
| BLUE ORIGIN, LLC, *et al.*, | ) ) | |
| Defendant-Intervenors. | ) ) | |

## TRANSFER ORDER

On August 26, 2019, the Court issued a Memorandum Opinion and Order in the above-captioned matter holding, among other things, that this matter should be transferred to the United States District Court for the Central District of California (docket entry no. 75).

In light of the forgoing, the Court: (1) **FINDS** that it lacks subject-matter jurisdiction over SpaceX's complaint; (2) **GRANTS** SpaceX's motion to transfer venue to the United States District Court for the Central District of California; (3) **DIRECTS** the clerk not to enter judgment; and (4) **DIRECTS** the clerk to transfer this case.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
Judge