# US Court of Federal Claims
# United States Court of Federal Claims (COFC)
# CIVIL DOCKET FOR CASE #: 1:19–cv–00742–LKG

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP. v. USA | Date Filed: 05/17/2019 |
| Assigned to: Judge Lydia Kay Griggsby | Date Terminated: 09/10/2019 |
| Cause: 28:1491 Tucker Act | Jury Demand: None |
| | Nature of Suit: 140 Contract – (Post Award) Injunction |
| | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**SPACE EXPLORATION TECHNOLOGIES CORP.**     represented by    **Craig Alan Holman**
Arnold & Porter Kaye Scholer LLP (DC)
601 Massachusetts Avenue, NW
Washington, DC 20001
(202) 942–5722
Fax: (202) 942–5999
Email: Craig.Holman@arnoldporter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**USA**     represented by    **Tanya Beth Koenig**
U.S. Department of Justice – Civil Division
P. O. Box 480
Ben Franklin Station
Washington, DC 20044
(202) 305–7587
Fax: (202) 307–0972
Email: tanya.b.koenig@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Intervenor Defendant**

**BLUE ORIGIN, LLC**     represented by    **Scott E. Pickens**
Barnes & Thornburg, LLP (DC)
1717 Pennsylvania Avenue, N.W.
Suite 500
Washington, DC 20006–4623
(202) 371–6349
Fax: (202) 289–1330
Email: scott.pickens@btlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**UNITED LAUNCH SERVICES, LLC**     represented by     **Todd R. Steggerda**
McGuireWoods, LLP (DC)
2001 K Street, NW
Suite 400
Washington, DC 20006
(202) 857–1700
Email: tsteggerda@mcguirewoods.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**ORBITAL SCIENCES CORPORATION**     represented by     **Kevin Patrick Mullen**
Morrison & Foerster, LLP (DC)
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
(202) 887–1560
Email: kmullen@mofo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/17/2019 | Ï 1 | **SEALED**COMPLAINT against USA (AF) (Filing fee $400, Receipt number 9998–5390189) (Copy Served Electronically on Department of Justice), filed by SPACE EXPLORATION TECHNOLOGIES CORP.. **Answer due by 7/16/2019.** (Attachments: # 1 Exhibits A–U, # 2 Civil Cover Sheet)(hw1) (Entered: 05/17/2019) |
| 05/17/2019 | Ï 2 | NOTICE of Assignment to Judge Lydia Kaye Griggsby. (hw1) (Entered: 05/17/2019) |
| 05/17/2019 | Ï 3 | NOTICE of Designation of Electronic Case. (hw1) (Entered: 05/17/2019) |
| 05/17/2019 | Ï 4 | **SEALED**PROPOSED REDACTED DOCUMENT, filed by SPACE EXPLORATION TECHNOLOGIES CORP. Redaction of 1 Complaint, FILED UNDER SEAL. Service: 5/17/2019.(hw1) (Entered: 05/17/2019) |
| 05/17/2019 | Ï 5 | MOTION to Seal Document 1 Complaint and MOTION for Protective Order, filed by SPACE EXPLORATION TECHNOLOGIES CORP. Service: 5/17/2019. **Response due by 5/31/2019.** (Attachments: # 1 Text of Proposed Order re Motion to Seal and # 2 Text of Proposed Protective Order)(hw1) (Entered: 05/17/2019) |
| 05/17/2019 | Ï 6 | Rule 7.1 Disclosure Statement, filed by SPACE EXPLORATION TECHNOLOGIES CORP. Service: 5/17/2019.(hw1) (Entered: 05/17/2019) |
| 05/20/2019 | Ï 7 | NOTICE of Appearance by Tanya Beth Koenig for USA . (Koenig, Tanya) (Entered: 05/20/2019) |
| 05/20/2019 | Ï 8 | STATUS CONFERENCE ORDER: **Status Conference set for 5/22/2019 11:00 AM in Chambers (Telephonic) before Judge Lydia Kay Griggsby.** Signed by Judge Lydia Kay Griggsby. (mg) Service on parties made. (Entered: 05/20/2019) |
| 05/21/2019 | Ï 9 | MOTION to Intervene , filed by BLUE ORIGIN, LLC.**Response due by 6/4/2019.** (Attachments: # 1 Text of Proposed Order)(Pickens, Scott) (Entered: 05/21/2019) |

| | | |
|---|---|---|
| 05/21/2019 | Ï 10 | Rule 7.1 Disclosure Statement , filed by BLUE ORIGIN, LLC. (Pickens, Scott) (Entered: 05/21/2019) |
| 05/21/2019 | Ï 11 | MOTION to Intervene , filed by UNITED LAUNCH SERVICES, LLC.**Response due by 6/4/2019.** (Attachments: # 1 Text of Proposed Order)(Steggerda, Todd) (Entered: 05/21/2019) |
| 05/21/2019 | Ï 12 | Rule 7.1 Disclosure Statement , filed by UNITED LAUNCH SERVICES, LLC. (Steggerda, Todd) (Entered: 05/21/2019) |
| 05/22/2019 | Ï | Minute Entry – Was the proceeding sealed to the public? Yes. Proceeding held in Washington, DC 5/22/2019 through 5/22/2019 before Judge Lydia Kay Griggsby: Status Conference. [Total number of days of proceeding: 1]. Official Record of proceeding taken via electronic digital recording (EDR). To order a certified transcript or an audio recording of the proceeding, click HERE.(mg) (Entered: 05/22/2019) |
| 05/22/2019 | Ï 13 | MOTION to Intervene , filed by ORBITAL SCIENCES CORPORATION.**Response due by 6/5/2019.**(Mullen, Kevin) (Entered: 05/22/2019) |
| 05/22/2019 | Ï 14 | REDACTED DOCUMENT redacting 1 Complaint,, filed by SPACE EXPLORATION TECHNOLOGIES CORP.. (Holman, Craig) (Entered: 05/22/2019) |
| 05/22/2019 | Ï 15 | SCHEDULING ORDER and ORDER granting 5 Motion to Seal, 9 Motion to Intervene, and 11 Motion to Intervene: **Administrative Record due by 6/11/2019. The government's and defendant–intervenors' motions to dismiss due by 6/13/2019. Plaintiff's response due by 6/28/2019. The government's and defendant–intervenors' replies due by 7/9/2019. Plaintiff's motion for judgment upon the administrative record due by 8/2/2019. The government's and defendant–intervenors' cross–motions for judgment upon the administrative record due by 8/23/2019. Plaintiff's response and reply due by 9/6/2019. The government's and defendant–intervenors' replies due by 9/18/2019. Oral argument, if warranted, shall be held at a time and date to be determined.** Signed by Judge Lydia Kay Griggsby. (rdb) Service on parties made. (Entered: 05/22/2019) |
| 05/22/2019 | Ï 16 | PROTECTIVE ORDER.  Signed by Judge Lydia Kay Griggsby. (rdb) Service on parties made. (Entered: 05/22/2019) |
| 05/23/2019 | Ï 17 | ORDER granting 13 Motion to Intervene.  Signed by Judge Lydia Kay Griggsby. (rdb) Service on parties made. (Entered: 05/23/2019) |
| 05/23/2019 | Ï 18 | Rule 7.1 Disclosure Statement , filed by ORBITAL SCIENCES CORPORATION. (Mullen, Kevin) (Entered: 05/23/2019) |
| 05/23/2019 | Ï 19 | APPLICATION for Access to Protected Material by Kevin Patrick Mullen, filed by ORBITAL SCIENCES CORPORATION.**Response due by 5/28/2019.**(Mullen, Kevin) Motion terminated, no objections. (ew). (Entered: 05/23/2019) |
| 05/23/2019 | Ï 20 | APPLICATION for Access to Protected Material by David A. Churchill, filed by ORBITAL SCIENCES CORPORATION.**Response due by 5/28/2019.**(Mullen, Kevin) Motion terminated, no objections (ew). (Entered: 05/23/2019) |
| 05/23/2019 | Ï 21 | APPLICATION for Access to Protected Material by Sandeep N. Nandivada, filed by ORBITAL SCIENCES CORPORATION.**Response due by 5/28/2019.**(Mullen, Kevin) Motion terminated, no objections (ew). (Entered: 05/23/2019) |
| 05/23/2019 | Ï 22 | APPLICATION for Access to Protected Material by R. Locke Bell, filed by ORBITAL SCIENCES CORPORATION.**Response due by 5/28/2019.**(Mullen, Kevin) Motion terminated, no objections (ew). (Entered: 05/23/2019) |
| 05/23/2019 | Ï 23 | |

| | | |
|---|---|---|
| | | APPLICATION for Access to Protected Material by Lauren J. Horneffer, filed by ORBITAL SCIENCES CORPORATION.**Response due by 5/28/2019.**(Mullen, Kevin) Motion terminated, no objections (ew). (Entered: 05/23/2019) |
| 05/23/2019 | Ï 24 | ~~APPLICATION for Access to Protected Material by Maureen F. Del Duca, filed by ORBITAL SCIENCES CORPORATION.~~ ~~**Response due by 5/28/2019.**~~ ~~(Mullen, Kevin) Motion terminated, no objections (ew).~~(ew). **Entry striken per court's May 30, 2019 order**. (Entered: 05/23/2019) |
| 05/23/2019 | Ï 25 | ~~APPLICATION for Access to Protected Material by Kenneth M. Reiss, filed by ORBITAL SCIENCES CORPORATION.~~ ~~**Response due by 5/28/2019.**~~ ~~(Mullen, Kevin) Motion terminated, no objections (ew).~~ . **Entry striken per court's May 30, 2019 order**. (Entered: 05/23/2019) |
| 05/23/2019 | Ï 26 | APPLICATION for Access to Protected Material by Todd R. Steggerda, filed by UNITED LAUNCH SERVICES, LLC.**Response due by 5/28/2019.**(Steggerda, Todd) Motion terminated, no objections (ew). (Entered: 05/23/2019) |
| 05/23/2019 | Ï 27 | APPLICATION for Access to Protected Material by Edwin O. Childs, filed by UNITED LAUNCH SERVICES, LLC.**Response due by 5/28/2019.**(Steggerda, Todd) Motion terminated, no objections (ew). (Entered: 05/23/2019) |
| 05/23/2019 | Ï 28 | APPLICATION for Access to Protected Material by Nathan R. Pittman, filed by UNITED LAUNCH SERVICES, LLC.**Response due by 5/28/2019.**(Steggerda, Todd) Motion terminated, no objections (ew). (Entered: 05/23/2019) |
| 05/23/2019 | Ï 29 | APPLICATION for Access to Protected Material by Karlee S. Blank, filed by UNITED LAUNCH SERVICES, LLC.**Response due by 5/28/2019.**(Steggerda, Todd) Motion terminated, no objections (ew). (Entered: 05/23/2019) |
| 05/23/2019 | Ï 30 | APPLICATION for Access to Protected Material by Blake R. Christopher, filed by UNITED LAUNCH SERVICES, LLC.**Response due by 5/28/2019.**(Steggerda, Todd) Motion terminated, no objections (ew). (Entered: 05/23/2019) |
| 05/24/2019 | Ï 31 | APPLICATION for Access to Protected Material by Scott E. Pickens, filed by BLUE ORIGIN, LLC.**Response due by 5/28/2019.**(Pickens, Scott) Motion terminated, no objections (ew). (Entered: 05/24/2019) |
| 05/24/2019 | Ï 32 | APPLICATION for Access to Protected Material by Michael A. Hordell, filed by BLUE ORIGIN, LLC.**Response due by 5/28/2019.**(Pickens, Scott) Motion terminated, no objections (ew). (Entered: 05/24/2019) |
| 05/24/2019 | Ï 33 | APPLICATION for Access to Protected Material by Matthew J. Michaels, filed by BLUE ORIGIN, LLC.**Response due by 5/28/2019.**(Pickens, Scott) Motion terminated, no objections (ew). (Entered: 05/24/2019) |
| 05/24/2019 | Ï 34 | APPLICATION for Access to Protected Material by Craig Holman, filed by SPACE EXPLORATION TECHNOLOGIES CORP..**Response due by 5/28/2019.**(Holman, Craig) Motion terminated, no objections (ew). (Entered: 05/24/2019) |
| 05/24/2019 | Ï 35 | APPLICATION for Access to Protected Material by Kara Daniels, filed by SPACE EXPLORATION TECHNOLOGIES CORP..**Response due by 5/28/2019.**(Holman, Craig) Motion terminated, no objections (ew). (Entered: 05/24/2019) |
| 05/24/2019 | Ï 36 | APPLICATION for Access to Protected Material by David Hibey, filed by SPACE EXPLORATION TECHNOLOGIES CORP..**Response due by 5/28/2019.**(Holman, Craig) Motion terminated, no objections (ew). (Entered: 05/24/2019) |
| 05/24/2019 | Ï 37 | APPLICATION for Access to Protected Material by Sonia Tabriz, filed by SPACE EXPLORATION TECHNOLOGIES CORP..**Response due by 5/28/2019.**(Holman, Craig) Motion |

| | | |
|---|---|---|
| | | terminated, no objections (ew). (Entered: 05/24/2019) |
| 05/24/2019 | 38 | APPLICATION for Access to Protected Material by Nathaniel Castellano, filed by SPACE EXPLORATION TECHNOLOGIES CORP..**Response due by 5/28/2019.**(Holman, Craig) Motion terminated, no objections 5/30/2019 (ew). (Entered: 05/24/2019) |
| 05/24/2019 | 39 | APPLICATION for Access to Protected Material by Benjamin L. Hatch, filed by UNITED LAUNCH SERVICES, LLC.**Response due by 5/28/2019.**(Steggerda, Todd) Motion terminated, no objections (ew). (Entered: 05/24/2019) |
| 05/28/2019 | 40 | APPLICATION for Access to Protected Material by Kenneth M. Reiss, filed by ORBITAL SCIENCES CORPORATION.**Response due by 5/30/2019.**(Mullen, Kevin) Modified on 5/31/2019 to terminate pending gavel(vds). (Entered: 05/28/2019) |
| 05/29/2019 | 41 | APPLICATION for Access to Protected Material by Maureen F. Del Duca, filed by ORBITAL SCIENCES CORPORATION.**Response due by 5/31/2019.**(Mullen, Kevin) Modified on 5/31/2019 to terminate pending gavel(vds). (Entered: 05/29/2019) |
| 05/30/2019 | 42 | Unopposed MOTION to Withdraw *Dkt. Nos. 24 and 25*, filed by ORBITAL SCIENCES CORPORATION.**Response due by 6/13/2019.**(Mullen, Kevin) (Entered: 05/30/2019) |
| 05/30/2019 | 43 | ORDER granting 42 Motion to Withdraw 24 and 25 Applications for Access to Protected Material. Signed by Judge Lydia Kay Griggsby. (rdb) Service on parties made. (Entered: 05/30/2019) |
| 05/31/2019 | 44 | RESPONSE to 41 Application for Access to Protected Material, 40 Application for Access to Protected Material *of Northrup Grumman Corporation's In–House Counsel*, filed by UNITED LAUNCH SERVICES, LLC. (Steggerda, Todd) (Entered: 05/31/2019) |
| 06/10/2019 | 45 | Unopposed MOTION for Extension of Time until 6/14/2019 to File Paper Copies of AR , filed by USA.**Response due by 6/24/2019.**(Koenig, Tanya) (Entered: 06/10/2019) |
| 06/11/2019 | 46 | Notice of Filing of Certified Transcript for proceedings held on May 22, 2019 in Washington, D.C. (ew) (Entered: 06/11/2019) |
| 06/11/2019 | 47 | **SEALED**TRANSCRIPT of Proceedings held on May 22, 2019 before Judge Lydia K. Griggsby. Total No. of Pages: 1–33.For parties in the case only, to order a copy of the transcript, click HERE. (ew) (Entered: 06/11/2019) |
| 06/11/2019 | 48 | MOTION for Extension of Time until 6/12/2019 to file the administrative record , filed by USA.**Response due by 6/25/2019.**(Koenig, Tanya) (Entered: 06/11/2019) |
| 06/11/2019 | 49 | NOTICE, filed by USA *of filing the administrative record*. (Koenig, Tanya) (Entered: 06/11/2019) |
| 06/11/2019 | | ADMINISTRATIVE RECORD received on CD, filed by USA. **[No documents uploaded]**. (ew) (Entered: 06/12/2019) |
| 06/12/2019 | 50 | ORDER granting 45 Motion for Extension of Time. **Paper copies of the administrative record due by 6/14/2019.** Signed by Judge Lydia Kay Griggsby. (rdb) Service on parties made. (Entered: 06/12/2019) |
| 06/13/2019 | 51 | **SEALED** MOTION to Dismiss pursuant to Rule 12(b)(1) , filed by USA.**Response due by 6/28/2019.** (Koenig, Tanya) Modified on 6/20/2019 to reflect correct response date (ew). (Entered: 06/13/2019) |
| 06/18/2019 | 52 | APPLICATION for Access to Protected Material by Charles L. Capito III, filed by ORBITAL SCIENCES CORPORATION.**Response due by 6/20/2019.**(Mullen, Kevin) Motion terminated, no objections (ew). (Entered: 06/18/2019) |
| 06/18/2019 | 53 | |

| | | |
|---|---|---|
| | | ORDER granting 48 Motion for Extension of Time. Signed by Judge Lydia Kay Griggsby. (rdb) Service on parties made. (Entered: 06/18/2019) |
| 06/21/2019 | Ï 54 | REDACTED DOCUMENT redacting 51 Motion to Dismiss – Rule 12(b)(1), filed by USA. (Koenig, Tanya) (Entered: 06/21/2019) |
| 06/24/2019 | Ï 55 | APPLICATION for Access to Protected Material by Ralph A. Bauer, filed by UNITED LAUNCH SERVICES, LLC.**Response due by 6/26/2019.**(Steggerda, Todd) **Application denied per the court's 7/10/2019 order** (ew). (Entered: 06/24/2019) |
| 06/24/2019 | Ï | **IMPORTANT NOTICE:** On *Monday, August 26, 2019*, the United States Court of Federal Claims will upgrade its current CM/ECF system to the Next Generation of CM/ECF (NextGen). Complete information regarding the NextGen implementation can be found on the court's website at http://www.uscfc.uscourts.gov. Currently, many attorneys within a firm may share a single PACER account, but once NextGen is imple mented e−filing attorneys will no longer be able to use shared PACER accounts. To access the upgraded system, each e−filing attorney must have an individual upgraded PACER account. Preparing for NextGen CM/ECF is a two−step process. Step one is to upgrade your PACER account, and step two is to link your upgraded PACER account to your current CM/ECF filing account. This notice only addresses the first step because the second step can't be completed until on or after August 26, 2019. The first step is to check and see if your PACER account is an "Upgraded" PACER account. Many PACER accounts have already been upgraded. If either of the following statements is true, you have an upgraded PACER account and no action is required until on or after August 26, 2019: 1) you currently e−file in another NextGen court or 2) your PACER account was created after August 10, 2014. If neither of these statements is true, you must upgrade your PACER account. Additional notices will be sent at a later date on how to handle the second step in this process. If you still have questions please contact the PACER Service Center at 800−676−6856 or the Clerk's Office CM/ECF Help Desk at (202)357−6402.. (dh) (ADI) (Entered: 06/24/2019) |
| 06/25/2019 | Ï 56 | Unopposed MOTION to Amend/Correct Administrative Record , filed by USA.**Response due by 7/9/2019.**(Koenig, Tanya) (Entered: 06/25/2019) |
| 06/26/2019 | Ï | **IMPORTANT NOTICE:** On *Monday, August 26, 2019*, the United States Court of Federal Claims will upgrade its current CM/ECF system to the Next Generation of CM/ECF (NextGen). Complete information regarding the NextGen implementation can be found on the court's website at http://www.uscfc.uscourts.gov. Currently, many attorneys within a firm may share a single PACER account, but once NextGen is imple mented e−filing attorneys will no longer be able to use shared PACER accounts. To access the upgraded system, each e−filing attorney must have an individual upgraded PACER account. Preparing for NextGen CM/ECF is a two−step process. Step one is to upgrade your PACER account, and step two is to link your upgraded PACER account to your current CM/ECF filing account. This notice only addresses the first step because the second step can't be completed until on or after August 26, 2019. The first step is to check and see if your PACER account is an "Upgraded" PACER account. Many PACER accounts have already been upgraded. If either of the following statements is true, you have an upgraded PACER account and no action is required until on or after August 26, 2019: 1) you currently e−file in another NextGen court or 2) your PACER account was created after August 10, 2014. If neither of these statements is true, you must upgrade your PACER account. Additional notices will be sent at a later date on how to handle the second step in this process. If you still have questions please contact the PACER Service Center at 800−676−6856 or the Clerk's Office CM/ECF Help Desk at (202)357−6402.. (dh) (ADI) (Entered: 06/26/2019) |
| 06/26/2019 | Ï 57 | ORDER granting 56 Motion to Amend/Correct Administrative Record. **Corrected administrative record due by 6/27/2019.** Signed by Judge Lydia Kay Griggsby. (rdb) Service on parties made. (Entered: 06/26/2019) |
| 06/26/2019 | Ï 58 | |

| | | |
|---|---|---|
| | | RESPONSE to 55 Application for Access to Protected Material , filed by SPACE EXPLORATION TECHNOLOGIES CORP.. (Holman, Craig) (Entered: 06/26/2019) |
| 06/26/2019 | Ï | CORRECTED ADMINISTRATIVE RECORD filed on CD and placed in file, filed by USA. **No documents uploaded**. Service: 6/25/2019.(ew) (Entered: 06/27/2019) |
| 06/28/2019 | Ï 59 | **SEALED**RESPONSE to 51 MOTION to Dismiss pursuant to Rule 12(b)(1) *and, In the Alternative, Motion to Transfer Venue*, filed by SPACE EXPLORATION TECHNOLOGIES CORP..**Reply due by 7/5/2019.**(Holman, Craig) (Entered: 06/28/2019) |
| 07/02/2019 | Ï 60 | RESPONSE to 58 Response *in Opposition to Application for Access to Protected Material by Ralph A. Bauer*, filed by UNITED LAUNCH SERVICES, LLC. (Steggerda, Todd) (Entered: 07/02/2019) |
| 07/09/2019 | Ï 61 | **SEALED**REPLY to Response to Motion re 51 MOTION to Dismiss pursuant to Rule 12(b)(1) , filed by USA.(Koenig, Tanya) (Entered: 07/09/2019) |
| 07/10/2019 | Ï 62 | ORDER denying 55 Application of Richard A. Bauer for Access to Protected Material Signed by Judge Lydia Kay Griggsby. (mg) Service on parties made. (Entered: 07/10/2019) |
| 07/10/2019 | Ï 63 | REDACTED DOCUMENT redacting 59 Response to Motion,, filed by SPACE EXPLORATION TECHNOLOGIES CORP.. (Holman, Craig) (Entered: 07/10/2019) |
| 07/16/2019 | Ï 64 | ORDER Setting Oral Argument. **Oral Argument on the government's motion to dismiss set for 8/15/2019 02:00 PM in National Courts Building before Judge Lydia Kay Griggsby.** Signed by Judge Lydia Kay Griggsby. (mg) Service on parties made. (Entered: 07/16/2019) |
| 07/19/2019 | Ï 65 | REDACTED DOCUMENT redacting 61 Reply to Response to Motion, filed by USA. (Koenig, Tanya) (Entered: 07/19/2019) |
| 07/20/2019 | Ï | **IMPORTANT NOTICE:** On *August 26, 2019*, the United States Court of Federal Claims will upgrade its current CM/ECF system to the Next Generation of CM/ECF (NextGen). Complete information regarding the NextGen implementation can be found on the court's website at http://www.uscfc.uscourts.gov. Preparing for NextGen is a two−step process. Step one is to upgrade your PACER account. If you have not yet re gistered for an individual PACER account or upgraded your existing PACER account, please do so immediately. Step two is to link your upgraded PACER account to your current CM/ECF filing account. Step two cannot be completed until on or after *August 26, 2019*. To link your upgraded PACER account *on or after August 26, 2019*, you must know your current CM/ECF login and password. Do not rely on your login and password to be saved in your web browser, because that method will not work with the NextGen upgrade. If you do not know your login and/or password or have any additional questions, please call the court's Clerks Office CM/ECF Help Desk at (202) 357−6402. (dh) (ADI) (Entered: 07/20/2019) |
| 07/25/2019 | Ï 66 | Unopposed MOTION to Amend Schedule re: 15 Scheduling Order,,,, filed by USA.**Response due by 8/8/2019.**(Koenig, Tanya) Modified on 7/29/2019 (ew). (Entered: 07/25/2019) |
| 07/29/2019 | Ï 67 | SCHEDULING ORDER: **Oral Argument on the government's motion to dismiss set for 8/15/2019 at 02:00 PM in National Courts Building. Plaintiff's motion for judgment upon the administrative record due by 8/23/2019. The government's and defendant−intervenors' cross−motions for judgment upon the administrative record due by 9/13/2019. Plaintiff's response and reply due by 9/27/2019. The government's and defendant−intervenors' replies due by 10/9/2019. Oral argument on the parties' cross−motions for judgment upon the administrative record, if warranted, shall be held at a time and date to be determined.** Signed by Judge Lydia Kay Griggsby. (rb) Service on parties made. (ew). (Entered: 07/29/2019) |
| 07/30/2019 | Ï 68 | ORDER **regarding time allocations for the oral argument to be held Thursday, August 15, 2019, at 2:00 p.m.** Signed by Judge Lydia Kay Griggsby. (rdb) Service on parties made. (Entered: 07/30/2019) |

| | | |
|---|---|---|
| 08/07/2019 | Ï 69 | APPLICATION for Access to Protected Material by Eric Valle, filed by SPACE EXPLORATION TECHNOLOGIES CORP..**Response due by 8/9/2019.**(Holman, Craig) Motion terminated, no objections. (Entered: 08/07/2019) |
| 08/15/2019 | Ï | Minute Entry – Was the proceeding sealed to the public? Yes. Proceeding held in Washington, DC 8/15/2019 through 8/15/2019 before Judge Lydia Kay Griggsby: Oral Argument. [Total number of days of proceeding: 1]. Official record of proceeding taken by court reporter. To order a certified transcript or an audio recording of the proceeding, click HERE.(mg) (Entered: 08/15/2019) |
| 08/15/2019 | Ï 70 | APPLICATION for Access to Protected Material by Scott N. Godes, filed by BLUE ORIGIN, LLC.**Response due by 8/19/2019.**(Michaels, Matthew) (ew). Motion terminated, no objections. (Entered: 08/15/2019) |
| 08/16/2019 | Ï | *IMPORTANT NOTICE:* On *August 26, 2019*, the United States Court of Federal Claims will upgrade its current CM/ECF system to the Next Generation of CM/ECF (NextGen). Complete information regarding the NextGen implementation can be found on the court's website at http://uscfc.uscourts.gov. *Please note that the court's CM/ECF system will be unavailable from 12:00 p.m. ( EDT) on Friday, August 23, 2019, until 6:00 a.m. (EDT) on Monday, August 26, 2019.* Although the Clerk's Office will be open on August 23, 2019, it will be deemed inaccessible under Rule 6 of the Rules of the United States Court of Federal Claims for purposes of calculating deadlines. Preparing for NextGen is a two−step process. Step one is to upgrade your PACER account. You should have your individual upgraded PACER account at this time. Step two is to link your upgraded PACER account to your current CM/ECF filing account *on or after August 26, 2019*. Instructions for linking your account can be found on the court's website at http://uscfc.uscourts.gov. To link your accounts, you *MUST* know your CM/ECF login and password−−−do not rely on your browser to remember your login credentials. If you are unsure of your CM/ECF login and/or password, contact the Clerk's Office CM/ECF Help Desk *immediately* at (202) 357−6402. You may also call the Help Desk with any other questions.. (dh) (ADI) (Entered: 08/16/2019) |
| 08/19/2019 | Ï 71 | Joint MOTION to Amend Schedule re: 67 Scheduling Order,,, filed by SPACE EXPLORATION TECHNOLOGIES CORP..**Response due by 9/3/2019.** (Attachments: # 1 Text of Proposed Order)(Holman, Craig) (Entered: 08/19/2019) |
| 08/20/2019 | Ï 72 | ORDER granting 71 Joint Motion to Amend Scheduling Order.  Signed by Judge Lydia Kay Griggsby. (jw) Service on parties made. (Entered: 08/20/2019) |
| 08/20/2019 | Ï 73 | Notice of Filing of Certified Transcript for proceedings held on August 15, 2019 in Washington, D.C. (ew) (Entered: 08/20/2019) |
| 08/20/2019 | Ï 74 | TRANSCRIPT of Proceedings held on August 15, 2019 before Judge Lydia K. Griggsby. Total No. of Pages: 1–79.For parties in the case only, to order a copy of the transcript, click HERE. (ew) **Transcript unsealed per the court's 8/29/2019 order**. (Entered: 08/20/2019) |
| 08/26/2019 | Ï 75 | **SEALED** MEMORANDUM OPINION AND ORDER granting 51 Motion to Dismiss – Rule 12(b)(1) and granting Plaintiff's Motion to Transfer the case. The Clerk is directed to enter judgment. Joint Status Report due by 10/30/2019. Signed by Judge Lydia Kay Griggsby.(jw) Copy to parties. (Entered: 08/26/2019) |
| 08/27/2019 | Ï 76 | STATUS REPORT *(Joint)*, filed by SPACE EXPLORATION TECHNOLOGIES CORP.. (Holman, Craig) (Entered: 08/27/2019) |
| 08/28/2019 | Ï 77 | REPORTED MEMORANDUM OPINION AND ORDER granting the government's motion to dismiss, granting SpaceX's motion to transfer venue, and dismissing the complaint. Signed by Judge Lydia Kay Griggsby. (jw) Service on parties made. (Entered: 08/28/2019) |
| 08/29/2019 | Ï 78 | |

| | | |
|---|---|---|
| | | ORDER To Unseal The Transcript. Signed by Judge Lydia Kay Griggsby. (jw) Service on parties made. (Main Document 78 replaced on 8/29/2019) (ew). Modified to reflect Intervenor name on order. (Entered: 08/29/2019) |
| 09/10/2019 | Ï 79 | TRANSFER ORDER finding that the Court lacks subject–matter jurisdiction over SpaceX's complaint; granting SpaceX's motion to transfer venue to the United States District Court for the Central District of California; directing the clerk not to enter judgment; and directing the clerk to transfer this case. Signed by Judge Lydia Kay Griggsby. (jw) Service on parties made. (Entered: 09/10/2019) |