Name and address:

Bradley S. Lui
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
BLui@mofo.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Space Exploration Technologies, Corp.<br><br>v.<br>Plaintiff(s)<br><br>USA<br><br>Defendant(s). | CASE NUMBER<br><br>2:19-cv-07927-CAS-GJS<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Mullen, Kevin P.    of    Morrison & Foerster LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    2000 Pennsylvania Avenue NW
202-887-1500    202-887-0763    Washington, D.C. 20006
*Telephone Number*    *Fax Number*
KMullen@mofo.com
*E-Mail Address*    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Orbital Sciences Corporation

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*   ☐ *Defendant(s)*   ☒ *Other:* Intervenor

**and designating as Local Counsel**

Lui, Bradley S.    of    Morrison & Foerster LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    425 Market Street
143088    415-268-7000    San Francisco, CA 94105
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
BLui@mofo.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
        ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
        ☐ for failure to complete Application: _____
        ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
        ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
        ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____      _____
                                                                **U.S. District Judge/U.S. Magistrate Judge**