NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

John D. Lombardo (SBN 187142)
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017
Telephone: (213) 243-4120
Facsimile: (213) 243-4199
Email: john.lombardo@arnoldporter.com

ATTORNEY(S) FOR: Space Exploration Technologies Corp.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| SPACE EXPLORATION TECHNOLOGIES CORP._,Plaintiff(s),_v._UNITED STATES OF AMERICA_,Defendant(s) | CASE NUMBER:<br>2:19-cv-07927-CAS-GJS<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Space Exploration Technologies Corp._____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| N/A other than Defendant-Intervenors | |

September 25, 2019                    /s/ John D. Lombardo
Date                                                  Signature
                                                          John D. Lombardo

                                                          Attorney of record for (or name of party appearing in pro per):
                                                          Plaintiff
                                                          Space Exploration Technologies Corp.