Barnes & Thornburg LLP
Matthew B. O'Hanlon
matthew.ohanlon@btlaw.com
2029 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: 310-284-3880
Facsimile: 310-284-3894

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Space Exploration Technologies Corp.

Plaintiff(s)

v.

United States of America

Defendant(s)

CASE NUMBER

2:19-cv-07927-CAS-GJS

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Godes, Scott N.
*Applicant's Name (Last Name, First Name & Middle Initial*

202-408-6928
*Telephone Number*

202-289-1330
*Fax Number*

of

Barnes & Thornburg LLP
1717 Pennsylvania Ave., N.W.
Suite 500
Washington, D.C. 20006-1313

*E-Mail Address*                *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Blue Origin, LLC

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☒ *Other:*  Defendant/Intervenor

**and designating as Local Counsel**

O'Hanlon, Matthew B.
*Designee's Name (Last Name, First Name & Middle Initial*

253648
*Designee's Cal. Bar No.*

310-284-3878
*Telephone Number*

310-284-3894
*Fax Number*

Matthew.O'Hanlon@btlaw.com
*E-Mail Address*

of

Barnes & Thornburg LLP
2029 Century Park East
Suite 300
Los Angeles, CA 90067

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

_____
**U.S. District Judge/U.S. Magistrate Judge**