**BARNES & THORNBURG LLP**
Matthew B. O'Hanlon (SBN 253648)
matthew.ohanlon@btlaw.com
2029 Century Park East, Suite 300
Los Angeles, CA 90067-3012
Telephone: 310-284-3880
Facsimile: 310-284-3894

Attorneys for Defendant/Intervenor
Blue Origin, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 2:19-cv-04957-ODW-GJS <br><br> **DEFENDANT/INTERVENOR BLUE ORIGIN, LLC'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 7.1-1** |

1  Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1,
2  Defendant/Intervenor Blue Origin, LLC ("Blue Origin") files this Certification and
3  Notice of Interested Parties in the above-captioned matter.
4  The undersigned, counsel of record for Blue Origin, certifies that the following
5  listed parties have a direct, pecuniary interest in the outcome of this case within the
6  meaning of Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1.  These
7  representations are made to enable the Court to evaluate possible disqualification or
8  recusal.

    1) Upon information and belief, Space Exploration Technologies Corp., Plaintiff;

    2) Upon information and belief, the United States of America, Defendant;

    3) Upon information and belief, United Launch Services, LLC, Defendant/Intervenor;

    4) Upon information and belief, Orbital Sciences Corporation, Defendant/Intervenor; and

    5) Blue Origin, LLC, Defendant/Intervenor.

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Blue Origin certifies that (1) Blue Origin is a 100% privately owned limited liability company, (2) no publicly-held corporation owns 10% or more interest in Blue Origin, and (3) Blue Origin is 100% owned by Blue Origin Enterprises, L.P., which in turn is 100% owned by Explore Holdings LLC, both of which are privately held entities.

/ / /
/ / /
/ / /
/ / /
/ / /

1

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 7.1-1**

Pursuant to Local Rule 7.1–1, Blue Origin will update this Certification and Notice of Interested Parties should any material change in the status of interested parties occur.

**BARNES & THORNBURG LLP**

Dated:  September 26, 2019      By:  /s/ Matthew B. O'Hanlon
Matthew B. O'Hanlon
matthew.ohanlon@btlaw.com
Attorneys for Defendant/Intervenor Blue Origin, LLC

Admitted *Pro Hac Vice*:

Scott E. Pickens
scott.pickens@btlaw.com
Barnes & Thornburg LLP
1717 Pennsylvania Avenue N.W.
Suite 500
Washington, D.C. 20006-4623

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 7.1-1**