David F. McDowell (BAR NO. 125806)
DMcdowell@mofo.com
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Space Exploration Technologies, Corp.<br><br>Plaintiff(s)<br>v.<br><br>USA<br><br>Defendant(s). | CASE NUMBER<br><br>2:19-cv-07927-CAS-GJS<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Mullen, Kevin P.                                    of
*Applicant's Name (Last Name, First Name & Middle Initial)*

202-887-1500                    202-887-0763
*Telephone Number*              *Fax Number*

KMullen@mofo.com
_____
*E-Mail Address*

Morrison & Foerster LLP
2000 Pennsylvania Avenue NW
Washington, D.C. 20006

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Orbital Sciences Corporation

*Name(s) of Party(ies) Represent*       ☐ *Plaintiff(s)*   ☐ *Defendant(s)*   ☒ *Other:*       Intervenor

**and designating as Local Counsel**

McDowell, David F.                                    of
*Designee's Name (Last Name, First Name & Middle Initial)*

125806                    213-892-5200                    213-892-5454
*Designee's Cal. Bar No.*    *Telephone Number*       *Fax Number*

dmcdowell@mofo.com
_____
*E-Mail Address*

MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
    ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** _____                    _____
                                                **U.S. District Judge/U.S. Magistrate Judge**