David F. McDowell (BAR NO. 125806)
DMcdowell@mofo.com
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Space Exploration Technologies, Corp.<br><br>v. Plaintiff(s)<br><br>USA<br><br>Defendant(s). | CASE NUMBER<br><br>2:19-cv-07927-CAS-GJS<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

| | | |
|---|---|---|
| Mullen, Kevin P.<br>*Applicant's Name (Last Name, First Name & Middle Initial*<br>202-887-1500        202-887-0763<br>*Telephone Number      Fax Number*<br>KMullen@mofo.com<br>*E-Mail Address* | of | Morrison & Foerster LLP<br>2000 Pennsylvania Avenue NW<br>Washington, D.C. 20006<br><br>*Firm/Agency Name & Address* |

for permission to appear and participate in this case on behalf of

Orbital Sciences Corporation

*Name(s) of Party(ies) Represent*       ☐ Plaintiff(s)  ☐ Defendant(s)  ☒ Other: Intervenor

and designating as Local Counsel

| | | |
|---|---|---|
| McDowell, David F.<br>*Designee's Name (Last Name, First Name & Middle Initial*<br>125806        213-892-5200        213-892-5454<br>*Designee's Cal. Bar No.  Telephone Number  Fax Number*<br>dmcdowell@mofo.com<br>*E-Mail Address* | of | MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard, Suite 6000<br>Los Angeles, CA 90017-3543<br><br>*Firm/Agency Name & Address* |

**HEREBY ORDERS THAT** the Application be:

☐ GRANTED

☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated: _____

_____
U.S. District Judge/U.S. Magistrate Judge