UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP.,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant,<br><br>   and<br><br>BLUE ORIGIN, LLC; ORBITAL SCIENCES CORPORATION; and UNITED LAUNCH SERVICES, LLC,<br><br>   Defendant-Intervenors | Case No.  2:19-cv-07927-CAS-GJS<br><br>DEFENDANT/INTERVENOR ORBITAL SCIENCES CORPORATION'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 7.1-1 |

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 7.1-1**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, Defendant/Intervenor Orbital Sciences Corporation ("Orbital") files this Certification and Notice of Interested Parties in the above-captioned matter.

The undersigned, counsel of record for Orbital, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case within the meaning of Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1) Upon information and belief, Space Exploration Technologies Corp., Plaintiff;
2) Upon information and belief, the United States of America, Defendant;
3) Upon information and belief, United Launch Services, LLC, Defendant/Intervenor;
4) Upon information and belief, Blue Origin, LLC ("Blue Origin"), Defendant/Intervenor; and
5) Orbital Sciences Corporation ("Orbital"), Defendant/Intervenor.

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Orbital certifies that Orbital is a wholly-owned subsidiary of Northrop Grumman Innovation Systems, Inc., which in turn is a wholly-owned subsidiary of Northrop Grumman Corporation, a publicly held corporation. No other publicly held corporations own 10% or more of its stock.

Pursuant to Local Rule 7.1–1, Orbital will update this Certification and Notice of Interested Parties should any material change in the status of interested parties occur.

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 7.1-1**

Dated: October 2, 2019                     Respectfully submitted,


              By:    s/  David F. McDowell
                 David F. McDowell
                 Kevin P. Mullen (*Pro Hac Vice pending*)
                 Morrison & Foerster LLP
                 707 Wilshire Boulevard
                 Suite 6000
                 Los Angeles, CA 90017
                 Phone:  (213) 892-5200
                 Email:  dmcdowell@mofo.com

                 *Attorneys for Defendant-Intervenor*
                 *Orbital Sciences Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Certification and Notice of Interested Parties was served this day on all parties via the Court's electronic case filing system.

Dated: October 2, 2019

/s/David F. McDowell
*Counsel of Record*