Barnes & Thornburg LLP
Matthew B. O'Hanlon
matthew.ohanlon@btlaw.com
2029 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: 310-284-3880
Facsimile: 310-284-3894

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP.<br><br>Plaintiff(s)<br>v.<br><br>USA<br><br>Defendant(s). | CASE NUMBER<br><br>2:19-cv-07927-CAS-GJS<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Hordell, Michael A.
*Applicant's Name (Last Name, First Name & Middle Initial*
202-371-6348      202-289-1330
*Telephone Number*      *Fax Number*
Michael.hordell@btlaw.com
*E-Mail Address*

of  Barnes & Thornburg LLP
1717 Pennsylvania Ave., N.W.
Suite 500
Washington, D.C.  20006-1313
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Blue Origin, LLC

*Name(s) of Party(ies) Represent*      ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☒ *Other:* Defendant/Intervenor

**and designating as Local Counsel**

O'Hanlon, Matthew B.
*Designee's Name (Last Name, First Name & Middle Initial*
253648       310-284-3878       310-284-3894
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
Matthew.O'Hanlon@btlaw.com
*E-Mail Address*

of  Barnes & Thornburg LLP
2029 Century Park East
Suite 300
Los Angeles, CA  90067
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** Click here to enter a date.

U.S. District Judge/U.S. Magistrate Judge