# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP.<br><br>PLAINTIFF(S)<br>v.<br><br>USA, ET AL.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 19-7927 CAS(GJSx)<br><br>**ORDER RETURNING CASE<br>FOR REASSIGNMENT** |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 19-03 .

October 3, 2019
Date

_Christine A. Snyder_
United States District Judge

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge _____Otis D. Wright_____ for all further proceedings. On all documents subsequently filed in this case, please substitute the initials _____ODW_____ after the case number in place of the initials of the prior judge so that the case number will read _____2:19-cv-7927 ODW (GJSx)_____ . This is very important because documents are routed to the assigned judge by means of the initials.

cc: ☐ Previous Judge    ☐ Statistics Clerk