MCGUIREWOODS LLP
KEVIN M. LALLY (SBN 226402)
Wells Fargo Center, South Tower
355 S. Grand Ave., Suite 4200
Los Angeles, CA 90071-3103
Telephone: 213.457.9862
Facsimile: 213.457.9882
klally@mcguirewoods.com

TODD R. STEGGERDA (*Pro Hac Vice Pending*)
2001 K Street N.W.
Washington, DC 20006-1040
Telephone: 202.857.1700
Facsimile: 202.857.1737
tsteggerda@mcguirewoods.com

Attorneys for Defendant-Intervenor United Launch Services, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant, <br><br> and <br><br> BLUE ORIGIN, LLC; ORBITAL SCIENCES CORPORATION; and UNITED LAUNCH SERVICES, LLC, <br><br> Defendants-Intervenors, | CASE NO. 2:19-cv-07927-ODW-GJS <br><br> The Hon. Otis D. Wright II <br><br> **DEFENDANT-INTERVENOR UNITED LAUNCH SERVICES, LLC'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 7.1-1** |

1  Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1,
2  Defendant-Intervenor United Launch Services, LLC ("ULS"), files this Certification
3  and Notice of Interested Parties in the above-captioned matter.
4  The undersigned, counsel of record for ULS, certifies that the following listed
5  parties may have a pecuniary interest in the outcome of this case within the meaning
6  of Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1.  These representations
7  are made to enable the Court to evaluate possible disqualification or recusal.

    1) Upon information and belief, Space Exploration Technologies Corp., Plaintiff;

    2) Upon information and belief, the United States of America, Defendant;

    3) Upon information and belief, Blue Origin, LLC ("Blue Origin"), Defendant/Intervenor;

    4) Upon information and belief Orbital Sciences Corporation ("Orbital"), Defendant/Intervenor; and

    5) United Launch Services, LLC, Defendant-Intervenor.

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for ULS hereby certifies that ULS is a subsidiary of United Launch Alliance, LLC ("ULA").  The members of ULS are:  ULA (90%); The Boeing Company (5%); and Lockheed Martin Commercial Launch Services (5%).  ULA is a joint venture of The Boeing Company and Lockheed Martin Corporation.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Pursuant to Local Rule 7.1–1, ULS will update this Certification and Notice of Interested Parties should any material change in the status of interested parties occur.

DATED: October 7, 2019           Respectfully submitted,

                                 MCGUIREWOODS LLP


                                 By:   /s/ *Kevin M. Lally*
                                       Kevin M. Lally
                                       Todd R. Steggerda
                                       Attorneys for Defendant-Intervenor
                                       United Launch Services, LLC