John D. Lombardo (SBN 187142)
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017
Telephone: (213) 243-4120    Facsimile: (213) 243-4199
Email: john.lombardo@arnoldporter.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| SPACE EXPLORATION TECHNOLOGIES CORP. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:19-cv-07927-ODW-GJS |
| v. | |
| UNITED STATES OF AMERICA | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Hibey, David M.          of     Arnold & Porter Kaye Scholer LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*          601 Massachusetts Avenue, N.W.
(202) 942-6992       (202) 942-5999          Washington, D.C. 20001
*Telephone Number*    *Fax Number*
david.hibey@arnoldporter.com
*E-Mail Address*                           *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Plaintiff Space Exploration Technologies Corp.

*Name(s) of Party(ies) Represent*    ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Lombardo, John D.          of     Arnold & Porter Kaye Scholer LLP
*Designee's Name (Last Name, First Name & Middle Initial)*          777 South Figueroa Street, 44th Floor
187142       (213) 243-4120       (213) 243-4199          Los Angeles, California 90017
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
john.lombardo@arnoldporter.com
*E-Mail Address*                           *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED
☐ DENIED:   ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
            ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**  ☐ be refunded  ☐ not be refunded.

**Dated:** Click here to enter a date.

                                    **U.S. District Judge/U.S. Magistrate Judge**