John D. Lombardo (SBN 187142)
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017
Telephone: (213) 243-4120   Facsimile: (213) 243-4199
Email: john.lombardo@arnoldporter.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP.<br><br>Plaintiff(s)<br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant(s). | CASE NUMBER<br><br>2:19-cv-07927-ODW-GJS<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Castellano, Nathaniel E.
*Applicant's Name (Last Name, First Name & Middle Initial)*
(202) 942-5282      (202) 942-5999
*Telephone Number*     *Fax Number*
nathaniel.castellano@arnoldporter.com
*E-Mail Address*

of Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Plaintiff Space Exploration Technologies Corp.

*Name(s) of Party(ies) Represent*   ✓ *Plaintiff(s)*   ☐ *Defendant(s)*   ☐ *Other:*

**and designating as Local Counsel**

Lombardo, John D.
*Designee's Name (Last Name, First Name & Middle Initial)*
187142      (213) 243-4120      (213) 243-4199
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
john.lombardo@arnoldporter.com
*E-Mail Address*

of Arnold & Porter Kaye Scholer LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application:
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

**Dated:** Click here to enter a date.

U.S. District Judge/U.S. Magistrate Judge