Barnes & Thornburg LLP
Matthew B. O'Hanlon
matthew.ohanlon@btlaw.com
2029 Century Park East, Suite 300
Los Angeles, CA 90067
Phone: (310) 284-3880
Fax: (310) 284-3894

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> Plaintiff(s) <br> v. <br><br> USA, <br><br> Defendant(s). | CASE NUMBER <br><br> 2:19-cv-07927-ODW-GJS <br><br> ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Pickens, Scott E.
*Applicant's Name (Last Name, First Name & Middle Initial*
202-371-6349     202-289-1330
*Telephone Number      Fax Number*
Scott.Pickens@btlaw.com
*E-Mail Address*

of  Barnes & Thornburg LLP
1717 Pennsylvania Ave., N.W.
Suite 500
Washington, D.C. 20006-1313
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Blue Origin, LLC

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☒ *Other:* Defendant/Intervenor

**and designating as Local Counsel**

O'Hanlon, Matthew B.
*Designee's Name (Last Name, First Name & Middle Initial*
253648        310-284-3878       310-284-3894
*Designee's Cal. Bar No.    Telephone Number    Fax Number*
Matthew.O'Hanlon@btlaw.com
*E-Mail Address*

of  Barnes & Thornburg LLP
2029 Century Park East
Suite 300
Los Angeles, CA 90067
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:  ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
            ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application ee if paid: ☐ be refunded ☐ not be refunded.

Dated: October 9, 2019

_____
**U.S. District Judge**

G-64 Order (05/16)   ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1