Kevin M. Lally
McGuireWoods LLP
Wells Fargo Center – South Tower
355 S. Grand Avenue, Suite 4200
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Space Exploration Technology Corp., <br><br>              v.                      Plaintiff(s), <br><br> United States of America, <br><br>                                     Defendant(s). | CASE NUMBER <br><br> 2:19-cv-7927-ODW-GJS <br><br> **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Steggerda, Todd R.
*Applicant's Name (Last Name, First Name & Middle Initial)*

202-857-2477         202-828-2968
*Telephone Number*      *Fax Number*

tsteggerda@mcguirewoods.com
*E-Mail Address*

of  McGuireWoods LLP
2001 K Street, NW
Suite 400
Washington, DC 20006
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

United Launch Services, LLC

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☒ Other: Intervenor Defendant

**and designating as Local Counsel**

Lally, Kevin M.
*Designee's Name (Last Name, First Name & Middle Initial)*

226402        213-457-9862        213-457-9882
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

klally@mcguirewoods.com
*E-Mail Address*

of  McGuireWoods LLP
Wells Fargo Center – South Tower
355 S. Grand Avenue, Suite 4200
Los Angeles, California 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ **GRANTED**
☐ **DENIED:**  ☐ for failure to pay the required fee.
              ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
              ☐ for failure to complete Application:
              ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
              ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
              ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee deposit** ☐ be refunded ☐ not be refunded.

**Dated: October 9, 2019**

                                                        *U.S. District Judge*