David F. McDowell (BAR NO. 125806)
DMcdowell@mofo.com
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Space Exploration Technologies, Corp.<br><br>                    Plaintiff(s)<br>         v.<br><br>USA<br><br>                    Defendant(s). | CASE NUMBER<br>2:19-cv-07927-ODW-GJS<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Mullen, Kevin P.         of   Morrison & Foerster LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    2000 Pennsylvania Avenue NW
202-887-1500         202-887-0763         Washington, D.C. 20006
*Telephone Number*      *Fax Number*
KMullen@mofo.com
         *E-Mail Address*              *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Orbital Sciences Corporation

*Name(s) of Party(ies) Represent*     ☐ Plaintiff(s)  ☐ Defendant(s)  ☒ Other: Intervenor

**and designating as Local Counsel**

McDowell, David F.         of   MORRISON & FOERSTER LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    707 Wilshire Boulevard, Suite 6000
125806      213-892-5200    213-892-5454    Los Angeles, CA 90017-3543
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
dmcdowell@mofo.com
         *E-Mail Address*              *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded; ☐ not be refunded.

Dated: October 9, 2019

                                *[signature]*
                                **U.S. District Judge**