Kevin M. Lally
McGuireWoods LLP
355 S. Grand Avenue
Suite 4200
Wells Fargo Center – South Towner
Los Angeles, California  90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Space Exploration Technologies Corp,<br><br>                              Plaintiff(s)<br>                v.<br><br>United States of America,<br><br>                              Defendant(s). | CASE NUMBER<br><br>2:19-cv-7927-ODW-GJS<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Childs Jr., Edwin O.     of     McGuireWoods LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*            2001 K Street, NW
202-857-1723        202-828-2974                Suite 400
*Telephone Number*    *Fax Number*                Washington, DC  20006
echilds@mcguirewoods.com
*E-Mail Address*                          *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

United Launch Services, LLC

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☒ Other:  Intervenor Defendant

**and designating as Local Counsel**

Lally, Kevin M.     of     McGuireWoods LLP
*Designee's Name (Last Name, First Name & Middle Initial)*            355 S. Grand Avenue
226402       213-457-9862        213-457-9882        Suite 4200
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*       Wells Fargo Center – South Towner
                                                                  Los Angeles, California  90071
klally@mcguirewoods.com
*E-Mail Address*                          *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:  ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid,** ☐ be refunded  ☐ not be refunded.

**Dated: October 9, 2019**

_____
**U.S. District Judge**