# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Space Exploration Technologies Corp.<br><br>PLAINTIFF(S)<br>v.<br>U.S.A.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 19-07927-ODW-GJS<br><br>**ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |

WHEREAS, the documents listed below were improperly filed for the following reason(s) Applications are duplicative and incorrect. See Notice of Deficiencies listing errors.

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| Ex Parte Application of Non-Resident Attorney Kevin P. Mullen [89] | 09/20/19 |
| Application of Non-Resident Attorney Kevin P. Mullen [93] | 09/25/19 |
| Ex Parte Application of Non-Resident Attorney Kevin P. Mullen [102] | 09/27/19 |
| Corrected Application of Non-Resident Attorney Kevin P. Mullen [103] | 09/27/19 |
| Application of Non-Resident Attorney Michael A. Hordell [106] | 10/01/19 |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

October 11, 2019
Date

*[signature]*
United States District Judge

CV-80 (12/95)      **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD**