Barnes & Thornburg LLP
Matthew B. O'Hanlon
matthew.ohanlon@btlaw.com
2029 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: 310-284-3880
Facsimile: 310-284-3894

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP. <br><br> Plaintiff(s) <br><br> v. <br><br> USA <br><br> Defendant(s). | CASE NUMBER <br><br> 2:19-cv-07927-ODW-GJS <br><br> **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Michaels, Matthew J.     of     Barnes & Thornburg LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*     1717 Pennsylvania Ave., N.W.
202-371-6346     202-289-1330     Suite 500
*Telephone Number*     *Fax Number*     Washington, D.C.  20006-1313
MMichaels@btlaw.com
    *E-Mail Address*     *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Blue Origin, LLC

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☒ *Other:*   Defendant/Intervenor

**and designating as Local Counsel**

O'Hanlon, Matthew B.     of     Barnes & Thornburg LLP
*Designee's Name (Last Name, First Name & Middle Initial)*     2029 Century Park East
253648     310-284-3878     310-284-3894     Suite 300
*Designee's Cal. Bar No.*     *Telephone Number*     *Fax Number*     Los Angeles, CA  90067
Matthew.O'Hanlon@btlaw.com
    *E-Mail Address*     *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:

   ☐   for failure to pay the required fee.

   ☐   for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

   ☐   for failure to complete Application: _____

   ☐   pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

   ☐   pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

   ☐   because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☒ not be refunded.

**Dated: October 18, 2019** _____

**U.S. District Judge/U.S. Magistrate Judge**