Kevin M. Lally
McGuireWoods LLP
355 S. Grand Avenue
Suite 4200
Wells Fargo Center – South Towner
Los Angeles, California  90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Space Exploration Technologies Corp,<br><br>                              Plaintiff(s)<br>v.<br>United States of America,<br><br>                              Defendant(s). | CASE NUMBER<br><br>2:19-cv-7927-ODW-GJS<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Blake R. Christopher              of      McGuireWoods LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*         2001 K Street, NW
202-857-1723          202-828-2974                                            Suite 400
*Telephone Number*     *Fax Number*                                         Washington, DC  20006
bchristopher@mcguirewoods.com
*E-Mail Address*                                                           *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

United Launch Services, LLC

*Name(s) of Party(ies) Represent*    ☐*Plaintiff(s)*  ☐ *Defendant(s)*  ☒ *Other:*  Intervenor Defendant

**and designating as Local Counsel**

Lally, Kevin M.                        of      McGuireWoods LLP
*Designee's Name (Last Name, First Name & Middle Initial)*           355 S. Grand Avenue
226402          213-457-9862          213-457-9882                       Suite 4200
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*             Wells Fargo Center – South Towner
klally@mcguirewoods.com                                                    Los Angeles, California  90071
*E-Mail Address*                                                           *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED
☐ DENIED:    ☐ for failure to pay the required fee.
             ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
             ☐ for failure to complete Application: _____
             ☐ pursuant to L.R. 83-2.1.3.2: ☐Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
             ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
             ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: November 4, 2019**

_____
**U.S. District Judge/U.S. Magistrate Judge**