# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT NATHAN ROBERT PITTMAN IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. MR. PITTMAN WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON OCTOBER 12, 2012, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

*Issued October 25, 2019*



KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER