Kevin M. Lally
McGuireWoods LLP
355 S. Grand Avenue
Suite 4200
Wells Fargo Center – South Tower
Los Angeles, California 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Space Exploration Technologies Corp,<br><br>                       v.<br>                                    Plaintiff(s)<br><br>United States of America,<br><br>                                    Defendant(s). | CASE NUMBER<br><br>2:19-cv-7927-ODW(GJS)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Blank, Karlee S.
*Applicant's Name (Last Name, First Name & Middle Initial)*
202-828-2822          202-828-3302
*Telephone Number*      *Fax Number*
kblank@mcguirewoods.com
*E-Mail Address*

of  McGuireWoods LLP
2001 K Street, NW
Suite 400
Washington, DC 20006
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

United Launch Services, LLC

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☒ *Other:* Intervenor Defendant

**and designating as Local Counsel**

Lally, Kevin M.
*Designee's Name (Last Name, First Name & Middle Initial)*
226402           213-457-9862       213-457-9882
*Designee's Cal. Bar No.*  *Telephone Number*   *Fax Number*
klally@mcguirewoods.com
*E-Mail Address*

of  McGuireWoods LLP
355 S. Grand Avenue
Suite 4200
Wells Fargo Center – South Tower
Los Angeles, California 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
 ☐ for failure to pay the required fee.
 ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
 ☐ for failure to complete Application: _____
 ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
 ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
 ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☒ not be refunded.

**Dated: November 5, 2019**

*[signature]*

**U.S. District Judge/U.S. Magistrate Judge**

G-64 Order (05/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTO   e 1 of 1