Kevin M. Lally
McGuireWoods LLP
355 S. Grand Avenue
Suite 4200
Wells Fargo Center – South Towner
Los Angeles, California  90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Space Exploration Technologies Corp,<br><br>                               Plaintiff(s)<br>v.<br><br>United States of America,<br><br>                               Defendant(s). | CASE NUMBER<br><br>2:19-cv-7927-ODW(GJS)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Pittman, Nathan R.
*Applicant's Name (Last Name, First Name & Middle Initial)*

202-857-2469            202-857-1737
*Telephone Number*        *Fax Number*

npittman@mcguirewoods.com
*E-Mail Address*

of  McGuireWoods LLP
    2001 K Street, NW
    Suite 400
    Washington, DC  20006
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

United Launch Services, LLC

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☒ *Other:* Intervenor Defendant

**and designating as Local Counsel**

Lally, Kevin M.
*Designee's Name (Last Name, First Name & Middle Initial)*

226402           213-457-9862          213-457-9882
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

klally@mcguirewoods.com
*E-Mail Address*

of  McGuireWoods LLP
    355 S. Grand Avenue
    Suite 4200
    Wells Fargo Center – South Towner
    Los Angeles, California  90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☒ not be refunded.

**Dated: November 5, 2019**

*(signature)*

**U.S. District Judge/U.S. Magistrate Judge**