Name and address:
David F. McDowell, Bar No. 125806
DMcDowell@mofo.com
Morrison & Foerster LLP
707 Wilshire Blvd., Suite 6000
Los Angeles, CA 90017-3543

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Space Exploration Technologies Corp.,

Plaintiff(s)

v.

USA

Defendant(s).

CASE NUMBER

2:19-cv-07927-ODW-GJS

ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [143]

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Churchill, David A.     of     Morrison & Foerster LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*        2000 Pennsylvania Ave. Suite 6000
202-887-1525     202-785-7591                                       Washington, D.C. 20006
*Telephone Number*     *Fax Number*
dchurchill@mofo.com
*E-Mail Address*                                                   *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Orbital Sciences Corporation

*Name(s) of Party(ies) Represented*   ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☒ *Other:* Intervenor

and designating as Local Counsel

McDowell, David F.     of     Morrison & Foerster LLP
*Designee's Name (Last Name, First Name & Middle Initial)*     707 Wilshire Boulevard, Suite 6000
125806     213-892-5200     213-892-5454                        Los Angeles, CA 90017-3543
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
dmcdowell@mofo.com
*E-Mail Address*                                                *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated     November 5, 2019

*U.S. District Judge/U.S. Magistrate Judge*

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1