Name and address:
David F. McDowell, Bar No. 125806
DMcDowell@mofo.com
Morrison & Foerster LLP
707 Wilshire Blvd., Suite 6000
Los Angeles, CA 90017-3543

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Space Exploration Technologies Corp., <br><br> v. <br><br> USA <br><br> Plaintiff(s) / Defendant(s). | **CASE NUMBER** <br> 2:19-cv-07927-ODW-GJS <br><br> **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [144]** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Horneffer, Lauren J.
*Applicant's Name (Last Name, First Name & Middle Initial)*

202-887-1578    *Telephone Number*    202-785-7570    *Fax Number*

lhorneffer@mofo.com
*E-Mail Address*

of Morrison & Foerster LLP
2000 Pennsylvania Ave. Suite 6000
Washington, D.C. 20006
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Orbital Sciences Corporation

*Name(s) of Party(ies) Represented*        ☐ Plaintiff(s)  ☐ Defendant(s)  ☒ Other: Intervenor

**and designating as Local Counsel**

McDowell, David F.
*Designee's Name (Last Name, First Name & Middle Initial)*

125806    *Designee's Cal. Bar No.*    213-892-5200    *Telephone Number*    213-892-5454    *Fax Number*

dmcdowell@mofo.com
*E-Mail Address*

of Morrison & Foerster LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid,** ☒ be refunded ☐ not be refunded.

Dated    November 5, 2019

_____
U.S. District Judge/U.S. Magistrate Judge

G–64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1