# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Space Exploration Technologies Corp,

                                    PLAINTIFF(S)

                    v.

United States of America,

                                    DEFENDANT(S).

CASE NUMBER:

CV 19-07927-ODW(GJS)

**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)**

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| 10/23/19 | 137,138,139 | APPLICATION of Non-Resident |
|---|---|---|
| *Date Filed* | *Doc. No.* | *Title of Document* |
| 10/23/19 | 140,141 | APPLICATION of Non-Resident |
| *Date Filed* | *Doc. No.* | *Title of Document* |

- ☐ Document submitted in the wrong case
- ☐ Incorrect document is attached to the docket entry
- ☐ Document linked incorrectly to the wrong document/docket entry, all the documents are attached incorrectly.
- ☐ Incorrect event selected. Correct event is _____
- ☐ Case number is incorrect or missing
- ☐ Hearing information is missing, incorrect, or not timely
- ☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
- ☐ Case is closed
- ☐ Proposed Document was not submitted as separate attachment
- ☐ Title page is missing
- ☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
- ☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
- ☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
- ☑ Other:  Counsel already re-filed corrected applications.

Dated: November 5  2019

By: _____

U.S. District Judge ~~/ U.S. Magistrate Judge~~

*cc: Assigned District and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**