Name and address:
David F. McDowell, Bar No. 125806
DMcDowell@mofo.com
Morrison & Foerster LLP
707 Wilshire Blvd., Suite 6000
Los Angeles, CA 90017-3543

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Space Exploration Technologies Corp.,<br><br>                                  Plaintiff(s)<br>v.<br><br>USA<br><br>                                  Defendant(s). | CASE NUMBER<br><br>2:19-cv-07927-ODW-GJS<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [145] |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Bell, R. Locke                                  of   Morrison & Foerster LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*       2000 Pennsylvania Ave. Suite 6000
202-887-1568          202-912-2300                              Washington, D.C. 20006
*Telephone Number*     *Fax Number*
lbell@mofo.com
*E-Mail Address*                                                *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Orbital Sciences Corporation

*Name(s) of Party(ies) Represented*          ☐ Plaintiff(s)  ☐ Defendant(s)  ☒ Other: Intervenor

and designating as Local Counsel

McDowell, David F.                              of   Morrison & Foerster LLP
*Designee's Name (Last Name, First Name & Middle Initial)*       707 Wilshire Boulevard, Suite 6000
125806          213-892-5200          213-892-5454              Los Angeles, CA 90017-3543
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
dmcdowell@mofo.com
*E-Mail Address*                                                *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
              ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
              ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
              ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid, ☐ be refunded ☐ not be refunded.

Dated   November 5, 2019                                 _____
                                                         U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*        Page 1 of 1