Name and address:
David F. McDowell, Bar No. 125806
DMcDowell@mofo.com
Morrison & Foerster LLP
707 Wilshire Blvd., Suite 6000
Los Angeles, CA 90017-3543

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Space Exploration Technologies Corp.,

Plaintiff(s)

v.

USA

Defendant(s).

CASE NUMBER

2:19-cv-07927-ODW-GJS

ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*  [146]

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Nandivada, Sandeep N.
*Applicant's Name (Last Name, First Name & Middle Initial)*

202-887-1593          202-890-2606
*Telephone Number*    *Fax Number*

snandivada@mofo.com
*E-Mail Address*

of

Morrison & Foerster LLP
2000 Pennsylvania Ave. Suite 6000
Washington, D.C. 20006

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Orbital Sciences Corporation

*Name(s) of Party(ies) Represented*

☐ Plaintiff(s)   ☐ Defendant(s)   ☒ Other: Intervenor

and designating as Local Counsel

McDowell, David F.
*Designee's Name (Last Name, First Name & Middle Initial)*

125806          213-892-5200          213-892-5454
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

dmcdowell@mofo.com
*E-Mail Address*

of

Morrison & Foerster LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded. ☐ not be refunded.

Dated   November 5, 2019

*U.S. District Judge/U.S. Magistrate Judge*

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1