Name and address:
David F. McDowell, Bar No. 125806
DMcDowell@mofo.com
Morrison & Foerster LLP
707 Wilshire Blvd., Suite 6000
Los Angeles, CA 90017-3543

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Space Exploration Technologies Corp., <br><br> v. <br> Plaintiff(s) <br><br> USA <br><br> Defendant(s). | CASE NUMBER <br> 2:19-cv-07927-ODW-GJS <br><br> ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*  [147] |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Capito, Charles L.    of    Morrison & Foerster LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    2000 Pennsylvania Ave. Suite 6000
202-887-1683    703-562-6970    Washington, D.C. 20006
*Telephone Number*    *Fax Number*
ccapito@mofo.com
*E-Mail Address*    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Orbital Sciences Corporation

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*    ☐ *Defendant(s)*    ☒ *Other:* Intervenor

and designating as Local Counsel

McDowell, David F.    of    Morrison & Foerster LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    707 Wilshire Boulevard, Suite 6000
125806    213-892-5200    213-892-5454    Los Angeles, CA 90017-3543
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
dmcdowell@mofo.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid:  ☐ be refunded.  ☐ not be refunded.

Dated    November 5, 2019    _____
                U.S. District Judge / U.S. Magistrate Judge

G–64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1