# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Space Exploration Technologies, Corp., <br><br>                    Plaintiff, <br><br>      v. <br><br> United States of America, <br><br>                    Defendant, <br><br>      v. <br><br> Blue Origin, LLC, *et al.*, <br><br>                    Defendant-Intervenors. | Case No. 2:19-cv-7927-ODW(GJS) <br> Honorable Otis D. Wright II <br><br> **[PROPOSED] ORDER ON JOINT STIPULATION FOR ORDERED BRIEFING SCHEDULE ON CERTIFIED ADMINISTRATIVE RECORD, TO EXTEND PAGE LIMITS AND ADOPT PROTECTIVE ORDER OF TRANSFERRING COURT** <br><br> No Dates Scheduled |

Upon consideration of the parties' Joint Stipulation for Ordered Briefing Schedule on Certified Administration Record, to Extend Page Limits and Adopt Protective Order of Transferring Court in the above-captioned matter, it is hereby:

**ORDERED** that the stipulation is **GRANTED**;

**ORDERED** that the parties shall adhere to the following schedule:

a. December 5, 2019: Plaintiff shall file its supplemental complaint. Neither the Government nor the Defendant-Intervenors shall have any obligation to formally answer the complaint or supplemental complaint.

b. December 10, 2019: Plaintiff shall file its opening brief for judgment on the certified record.

c. January 17, 2020: Government and Defendant Intervenors shall each file their responsive briefs.

d. January 31, 2020: Plaintiff shall file its reply brief.

e. February 14, 2020: Government and Defendant-Intervenors shall file their sur-replies.

f. A hearing on the Parties' motion should be set for Monday March 2, 2020 at 1:30 p.m. in Courtroom 5D of the above-captioned Court, located at 350 W. 1st Street, Los Angeles, CA 90012.

**ORDERED** that the Plaintiff shall have 65 pages for its opening brief; the Government and Defendant-Intervenors shall have 75 pages for their respective responsive briefs; the Plaintiff shall have 50 pages for its reply brief; and, the Government and Defendant-Intervenors shall have 40 pages for their respective sur-replies; and it is further

**ORDERED** that the Court of Federal Claims protective order (ECF 16) is adopted by this Court and all attorneys previously admitted under that protective order are also admitted here, and any non-government attorneys who have entered

1  their appearance since the action transferred to this Court shall submit applications
2  for this Court's consideration consistent with that protective order.

    Date: _____                       _____

                                                  Honorable Otis D. Wright II