Kevin M. Lally
McGuireWoods LLP
355 S. Grand Avenue
Suite 4200
Wells Fargo Center – South Towner
Los Angeles, California  90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Space Exploration Technologies. Corp, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:19-cv-7927-CAS-GJS |
| v. | |
| United States of America, | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Abram J. Pafford                                                        of

*Applicant's Name (Last Name, First Name & Middle Initial)*

202-857-1723                    202-828-2974

*Telephone Number*          *Fax Number*

apafford@mcguirewoods.com

*E-Mail Address*

McGuireWoods LLP
2001 K Street, NW
Suite 400
Washington, DC  20006

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

United Launch Services, LLC

*Name(s) of Party(ies) Represent*       ☐*Plaintiff(s)* ☐ *Defendant(s)* ☒ *Other:*   Intervenor Defendant

**and designating as Local Counsel**

Lally, Kevin M.                                                        of

*Designee's Name (Last Name, First Name & Middle Initial)*

226402                    213-457-9862                    213-457-9882

*Designee's Cal. Bar No.*   *Telephone Number*          *Fax Number*

klally@mcguirewoods.com

*E-Mail Address*

McGuireWoods LLP
355 S. Grand Avenue
Suite 4200
Wells Fargo Center – South Towner
Los Angeles, California  90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: November 21, 2019**

_____
**U.S. District Judge/U.S. Magistrate Judge**