John D. Lombardo (Bar No. 187142)
john.lombardo@arnoldporter.com
Arnold & Porter Kaye Scholer LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199

Craig A. Holman (*admitted pro hac vice*)
craig.holman@arnoldporter.com
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Telephone: 202.942.5000
Facsimile: 202.942.5999

Attorneys for Plaintiff
Space Exploration Technologies, Corp.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| Space Exploration Technologies, Corp., | Case No. 2:19-cv-7927-ODW(GJS) |
|---|---|
| Plaintiff, | Honorable Otis D. Wright II |
| v. | **NOTICE OF FILING APPLICATION OF JOHN D. LOMBARDO, ESQ. FOR ACCESS TO INFORMATION UNDER PROTECTIVE ORDER BY OUTSIDE COUNSEL** |
| United States of America, | |
| Defendant, | |
| v. | |
| Blue Origin, LLC, *et al.*, | |
| Defendant-Intervenors. | |

**TO ALL PARITES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** plaintiff Space Exploration Technologies Corp. hereby files the attached "Application For Access To Information Under Protective Order By Outside Or Inside Counsel," by one of its outside counsel of record, John D. Lombardo, Esq., pursuant to the Court's November 21, 2019 order (ECF 162) adopting the Court of Federal Claims protective order in this matter.

Dated:  November 22, 2019         ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ John D. Lombardo*
John D. Lombardo

Attorneys for Plaintiff
*Space Exploration Technologies Corp.*

NOTICE OF FILING APPLICATION OF JOHN D. LOMBARDO, ESQ. FOR ACCESS TO INFORMATION UNDER PROTECTIVE ORDER BY OUTSIDE COUNSEL