Kevin M. Lally
McGuireWoods LLP
355 S. Grand Avenue
Suite 4200
Wells Fargo Center – South Towner
Los Angeles, California 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Space Exploration Technologies. Corp,<br><br>                                  Plaintiff(s)<br>              v.<br>United States of America,<br><br>                                  Defendant(s). | CASE NUMBER<br><br>2:19-cv-7927-CAS-GJS<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Abram J. Pafford     of     McGuireWoods LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*     2001 K Street, NW
202-857-1723     202-828-2974     Suite 400
*Telephone Number*     *Fax Number*     Washington, DC 20006
apafford@mcguirewoods.com
*E-Mail Address*     *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

United Launch Services, LLC

*Name(s) of Party(ies) Represent*     ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☒ *Other:* Intervenor Defendant

**and designating as Local Counsel**

Lally, Kevin M.     of     McGuireWoods LLP
*Designee's Name (Last Name, First Name & Middle Initial)*     355 S. Grand Avenue
226402     213-457-9862     213-457-9882     Suite 4200
*Designee's Cal. Bar No.*     *Telephone Number*     *Fax Number*     Wells Fargo Center – South Towner
klally@mcguirewoods.com     Los Angeles, California 90071
*E-Mail Address*     *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:     ☐ for failure to pay the required fee.

               ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

               ☐ for failure to complete Application:

               ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

               ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

               ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☒ not be refunded.

**Dated: November 27, 2019**

                                                                                **U.S. District Judge**