1 | **BARNES & THORNBURG LLP**
Matthew B. O'Hanlon (SBN 253648)
2 | matthew.ohanlon@btlaw.com
2029 Century Park East, Suite 300
3 | Los Angeles, CA 90067-3012
Telephone: 310-284-3880
4 | Facsimile: 310-284-3894

5 | Attorneys for Defendant/Intervenor
Blue Origin, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., | Case No. 2:19-cv-07927-ODW-GJS |
| Plaintiff, | **DEFENDANT/INTERVENOR BLUE ORIGIN, LLC'S NOTICE OF APPLICATION FOR ACCESS TO INFORMATION UNDER PROTECTIVE ORDER BY OUTSIDE COUNSEL MATTHEW B. O'HANLON OF BARNES & THORNBURG LLP** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Section II.4 of the Protective Order entered on May 22, 2019 [Dkt. No. 16] (the "Protective Order"), Defendant/Intervenor Blue Origin, LLC ("Blue Origin") hereby submits the attached application for access to to information under protective order by outside counsel Matthew B. O'Hanlon of Barnes & Thornburg LLP (the "Application"). Pursuant to Section II.5 of the Protective Order, any objection to the Application must be filed with the Court within two (2) business days of the submission of this notice.

**BARNES & THORNBURG LLP**

Dated: December 2, 2019        By: /s/ Matthew B. O'Hanlon
                                   Matthew B. O'Hanlon
                                   matthew.ohanlon@btlaw.com
                                   Attorneys for Defendant/Intervenor Blue
                                   Origin, LLC

Admitted *Pro Hac Vice*:

Scott E. Pickens
scott.pickens@btlaw.com
Scott N. Godes
Scott.Godes@btlaw.com
Michael A. Hordell
Michael.Hordell@btlaw.com
Matthew J. Michaels
MMichaels@btlaw.com
Barnes & Thornburg LLP
1717 Pennsylvania Avenue N.W., Suite 500
Washington, D.C. 20006-4623

**FORM 9**
**APPLICATION FOR ACCESS TO INFORMATION UNDER**
**PROTECTIVE ORDER BY OUTSIDE OR INSIDE COUNSEL**

# United States Court of Federal Claims

)
)
SPACE EXPLORATION TECHNOLOGIES CORP. ,         )
)   No. 19-742c
            Plaintiff,                          )
)   Judge Lydia Kay Griggsby
        v.                                      )
)
)
THE UNITED STATES,                              )
)
            Defendant.                          )

APPLICATION FOR ACCESS TO INFORMATION UNDER
PROTECTIVE ORDER BY OUTSIDE OR INSIDE COUNSEL

1. I, Matthew B. O'Hanlon                    , hereby apply for access to protected information covered by the Protective Order issued in connection with this proceeding.
  2. a. I [outside counsel only] am an attorney with the law firm of Barnes & Thornburg LLP
     and have been retained to represent Blue Origin, LLC               , a party to this proceeding.
     b. I [inside counsel] am in-house counsel (my title is: _____ ) for _____, a party to this proceeding.
3. I am ☐ am not ☑ a member of the bar of the United States Court of Federal Claims (the court).
4. My professional relationship with the party I represent in this proceeding and its personnel is strictly one of legal counsel. I am not involved in competitive decision making as discussed in *U.S. Steel Corp. v. United States*, 730 F.2d 1465 (Fed. Cir. 1984), for or on behalf of the party I represent, any entity that is an interested party to this proceeding, or any other firm that might gain a competitive advantage from access to the information disclosed under the Protective Order. I do not provide advice or participate in any decisions of such parties in matters involving similar or corresponding information about a competitor. This means that I do not, for example, provide advice concerning, or participate in decisions about, marketing or advertising strategies, product research and development, product design or competitive structuring and composition of bids, offers, or proposals with respect to which the use of protected information could provide a competitive advantage.
  5. I [outside counsel only] identify here (by writing "none" or listing names and relevant circumstances) those attorneys in my firm who, to the best of my knowledge, cannot make the representations set forth in the preceding paragraph: none
  6. I identify here (by writing "none" or listing names, position, and responsibilities) any member of my immediate family who is an officer or holds a management position with an interested party in the

212

proceeding or with any other firm that might gain a competitive advantage from access to the information disclosed under the Protective Order.

7. I identify here (by writing "none" or identifying the name of the forum, case number, date, and circumstances) instances in which I have been denied admission to a protective order, had admission revoked, or have been found to have violated a protective order issued by any administrative or judicial tribunal:

8. I [inside counsel] have attached a detailed narrative providing the following information:
   a. my position and responsibilities as in-house counsel, including my role in providing advice in procurement-related matters;
   b. the person(s) to whom I report and their position(s) and responsibilities;
   c. the number of in-house counsel at the office in which I work and their involvement, if any, in competitive decision making and in providing advice in procurement-related matters.
   d. my relationship to the nearest person involved in competitive decision making (both in terms of physical proximity and corporate structure); and
   e. measures taken to isolate me from competitive decision making and to protect against the inadvertent disclosure of protected information to persons not admitted under the Protective Order.

9. I have read the Protective Order issued by the court in this proceeding. I will comply in all respects with that order and will abide by its terms and conditions in handling any protected information produced in connection with the proceeding.

10. I acknowledge that a violation of the terms of the Protective Order may result in the imposition of such sanctions as may be deemed appropriate by the court and in possible civil and criminal liability.

\* \* \*

By my signature, I certify that, to the best of my knowledge, the representations set forth above (including attached statements) are true and correct.

*Matthew O'Hanlon*  9/26/2019

Signature  Date Executed
Matthew B. O'Hanlon, counsel for Blue Origin, LLC

Typed Name and Title
310-284-3878 / 310-284-3894

Telephone & Facsimile Numbers
matthew.ohanlon@btlaw.com

E-mail Address

*S. E. Pickens*  9/26/2019

Signature of Attorney of Record  Date Executed
Scott E. Pickens, counsel for Blue Origin, LLC

Typed Name and Title
202-371-6349 / 202-289-1330

Telephone & Facsimile Numbers
scott.pickens@btlaw.com

E-mail Address

213