1

**MORRISON & FOERSTER LLP**
KEVIN P. MULLEN (SBN 422275)
KMullen@mofo.com
2000 Pennsylvania Ave., N.W.
Washington, D.C. 20006-1888
Telephone: 202.887.1500
Facsimile: 202.887.0763

Attorney for Defendant/Intervenor
Orbital Sciences Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., | Case No. 2:19-cv-07927-ODW-GJS |
| | Honorable Otis D. Wright II |
| Plaintiff, | **NOTICE OF FILING APPLICATIONS FOR ACCESS TO INFORMATION UNDER PROTECTIVE ORDER BY EXPERT CONSULTANTS JAMES CHECK, KEVIN MOSTELLER AND MARC SCHWARTZ** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |
| and | |
| UNITED LAUNCH ALLIANCE, LLC, BLUE ORIGIN, LLC, and ORBITAL SCIENCES CORPORATION, | |
| Intervenor-Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

     **PLEASE TAKE NOTICE** that pursuant to Section II.4 of the Protective Order entered on May 22, 2019 [Dkt. No. 16] (the "Protective Order"), Defendant/Intervenor Orbital Sciences Corporation ("Orbital") hereby submits the attached applications for admission to the protective order in this matter for expert consultants James Check, Kevin Mosteller and Marc Schwartz of Chess Consulting LLC. Pursuant to Section II.5 of the Protective Order, any objection to the Application must be filed with the Court within two (2) business days of the submission of this notice.

Dated: December 10, 2019      Respectfully submitted,


By: /s/Kevin P. Mullen
       KEVIN P. MULLEN (*pro hac vice*)

       *Attorney for Orbital Sciences Corporation*

1

## <u>CERTIFICATE OF SERVICE</u>

2

3      I hereby certify that on December 10, 2019, I caused the foregoing document

4   to be filed electronically. All counsel of record will be served by operation of the

5   Court's electronic filing system.

6                                                    /s/ Kevin P. Mullen
                                                     KEVIN P. MULLEN
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF APPLICATION FOR ACCESS TO INFORMATION UNDER
PROTECTIVE ORDER BY EXPERT CONSULTANT OR WITNESS**

**FORM 10**
**APPLICATION FOR ACCESS TO INFORMATION UNDER**
**PROTECTIVE ORDER BY EXPERT CONSULTANT OR WITNESS**

# United States Court of Federal Claims

|  |  |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP. , )<br>)<br>) | No. 1:19-cv-7927-ODW |
| Plaintiff, )<br>) | Judge Otis D. Wright II (Transferred) |
| v. )<br>) | |
| THE UNITED STATES, )<br>) | |
| Defendant. ) | |

APPLICATION FOR ACCESS TO INFORMATION UNDER
PROTECTIVE ORDER BY EXPERT CONSULTANT OR WITNESS

1.  I, the undersigned, am a Consultant with Chess Consulting LLC and hereby apply for access to protected information covered by the Protective Order issued in connection with this proceeding.

2.  I have been retained by Morrison & Foerster LLP and will, under the direction and control of Kevin P. Mullen , assist in the representation of Orbital Sciences Corporation ("Orbital") in this proceeding.

3.  I hereby certify that I am not involved in competitive decision making as discussed in *U.S. Steel Corp. v. United States*, 730 F.2d 1465 (Fed. Cir. 1984), for or on behalf of any party to this proceeding or any other firm that might gain a competitive advantage from access to the information disclosed under the protective order. Neither I nor my employer provides advice or participates in any decisions of such parties in matters involving similar or corresponding information about a competitor. This means, for example, that neither I nor my employer provides advice concerning, or participates in decisions about, marketing or advertising strategies, product research and development, product design or competitive structuring and composition of bids, offers, or proposals with respect to which the use of protected information could provide a competitive advantage.

4.  My professional relationship with the party for whom I am retained in this proceeding and its personnel is strictly as a consultant on issues relevant to the proceeding. Neither I nor any member of my immediate family holds office or a management position in any company that is a party in this proceeding or in any competitor or potential competitor of a party.

5.  I have attached the following information:

   a.   a current resume describing my education and employment experience to date;

   b.   a list of all clients for whom I have performed work within the two years prior to the date of this application and a brief description of the work performed;

   c.   a statement of the services I am expected to perform in connection with this proceeding;

215

     d.    a description of the financial interests that I, my spouse, and/or my family has in any entity that is an interested party in this proceeding or whose protected information will be reviewed; if none, I have so stated;

     e.    a list identifying by name of forum, case number, date, and circumstances all instances in which I have been granted admission or been denied admission to a protective order, had a protective order admission revoked, or have been found to have violated a protective order issued by an administrative or judicial tribunal; if none, I have so stated; and

     f.    a list of the professional associations to which I belong, including my identification numbers.

6. I have read a copy of the Protective Order issued by the court in this proceeding. I will comply in all respects with all terms and conditions of that order in handling any protected information produced in connection with the proceeding. I will not disclose any protected information to any individual who has not been admitted under the Protective Order by the court.

7. For a period of two years after the date this application is granted, I will not engage or assist in the preparation of a proposal to be submitted to any agency of the United States government for space launch systems _____ when I know or have reason to know that any party to this proceeding, or any successor entity, will be a competitor, subcontractor, or teaming member.

8. For a period of two years after the date this application is granted, I will not engage or assist in the preparation of a proposal or submission to Expendable Launch Vehicle Prog nor will I have any personal involvement in any such activity.

9. I acknowledge that a violation of the terms of the Protective Order may result in the imposition of such sanctions as may be deemed appropriate by the court and in possible civil and criminal liability.

* * *

By my signature, I certify that, to the best of my knowledge, the representations set forth above (including attached statements) are true and correct.

_James J. Check_ (signature)

Signature
James J. Check

Typed Name and Title
P: (703) 796-2870

Telephone Number
jcheck@chessconsultingllc.com

E-mail Address

December 10, 2019

Date Executed

_Kevin P. Mullen_ (signature)

Signature of Attorney of Record
Kevin Patrick Mullen

Typed Name and Title
P: (202) 887-1560

Telephone Number
KMullen@mofo.com

E-mail Address

December 10 2019

Date Executed

216

# James J. Check, CPA

## Managing Director

+1 703 796 2870
jcheck@chessconsultingllc.com

11710 Plaza America Drive
Suite 800
Reston, VA 20190
United States of America

James Check is a Managing Director and Co-Founder of Chess Consulting LLC. He has over 30 years of forensic accounting, litigation support, government contractor regulatory compliance, and auditing experience. Prior to founding Chess Consulting, Jim spent eight years with two consulting firms as a managing director and 16 years with Arthur Andersen LLP, where he was a partner.

## Professional Experience

**Government Contractor Advisory Services:**

- **Cost Accounting and Pricing.** Jim consults with government contractors on complex cost allocability and allowability matters. He assists contractors in interpreting and applying Cost Accounting Standards (CAS) and the Federal Acquisition Regulation (FAR) cost principles, preparing CAS disclosure statements, and developing compliant cost structures.

- **Compliance Reviews.** Jim works with companies in connection with assessing the adequacy of their internal processes, controls and self-governance programs on assignments including evaluating contractors' project cost accounting, financial reporting, labor charging, indirect cost accounting, material management and accounting, contract administration, purchasing, and cost estimating systems.

- **Claims Pricing and Support.** Jim assists contractors with preparing requests for equitable adjustment, including the identification, analysis and pricing of changed work and associated delay and disruption claims. Additionally, he assists contractors in preparing termination settlement proposals, dealing with subcontractor claims and managing the settlement process.

- **Emerging Contractor Services.** Jim works with contractors to prepare incurred cost submissions, pursue bid protests, reengineer cost allocation systems and prepare for audits and negotiations.

- **Financial Reporting and Due Diligence.** Jim has audited the financial statements of government contractors and has advised senior management and boards of directors on matters involving financial accounting and reporting and corporate governance. He also has worked with buyers on merger and acquisition due diligence reviews, including advising management with respect to the unique business, accounting, financial reporting, and regulatory risks that impact government contractors.

- **Training.** Jim has developed and instructed numerous training seminars for contractors on varied matters, such as CAS, FAR cost principles, the regulatory environment, the procurement process, business systems, contract pricing and accounting, changes and terminations, the government audit process, labor charging, and indirect cost accounting.

**Disputes and Investigations:**

- **Dispute Resolution.** Jim has substantial experience with respect to disputes and litigation. He has assisted clients in matters involving contract breach, contract claims, purchase price disputes, cost accounting disputes, GSA schedule contracting, business valuation and matters involving fraud, and other misconduct. He has prepared and/or analyzed damages claims and advised companies and their legal

counsel in preparing for trials and arbitration proceedings. He has also testified in mediation, arbitration, and court proceedings.

▪ **Special Investigations.**   Jim has conducted internal corporate investigations related to matters of alleged fraud and other misconduct. He has assisted companies in determining the nature and extent of the fraud and provided recommendations on improving internal controls. He has experience working with government contractors who have been accused of violating the False Claims Act. This experience includes investigating the alleged fraudulent activity and assessing potential damages. He also has experience leading investigations related to alleged violations of the Foreign Corrupt Practices Act.

## Education and Certifications

▪ Pennsylvania State University, B.S., Accounting, with highest distinction
▪ Certified Public Accountant (CPA), licensed in Virginia and the District of Columbia

## Professional Affiliations

▪ American Institute of Certified Public Accountants (AICPA)
▪ American Bar Association Section of Public Contract Law, Associate Member

**James J. Check**
**A list of all clients for whom I have performed work within the 2 years prior to the date of this application, and a brief description of the work performed:**

**AECOM –** Bid protest

**Aerojet Rocketdyne -** Government contract cost/price consulting

**Alabama Aircraft Industries, Inc. -** Litigation support

**AMAG Pharmaceuticals, Inc. –** Litigation support

**American Ordnance LLC –** Litigation support

**Applied Signals Intelligence -** Government contract cost/price consulting

**Booz Allen Hamilton, Inc.** – Bid protest

**DDB Chicago Inc.** – Bid protest

**DEW Engineering and Development ULC -** Government contract cost/price consulting; Litigation support

**Fluor Intercontinental, Inc.** – Bid protests

**General Dynamics Information Technology, Inc.** – Assistance with preparation of incurred cost submission and contract close-out schedules; Bid protest

**IQVIA** – Government contract cost/price consulting

**Mission Essential Personnel, LLC** – Bid protest

**Northrop Grumman Corporation** – Litigation support

**Oasis Systems, LLC –** Bid protests

**Oklahoma State University – University Multispectral Laboratories –** Incurred cost submission preparation; Litigation support

**Optum Public Services Solutions –** Bid protest

**PAE Government Services, Inc.** – Bid protest

**Peraton Inc. -** Government contract cost/price consulting

**Savannah River Technology & Remediation LLC** (single purpose LLC owned by AECOM, CH2M, and Atkins) – Bid protest

**Sierra Nevada Corporation** – Government contract cost/price consulting; claim analysis

**SOC LLC –** Request for equitable adjustment; Litigation support

**The Buffalo Group –** Bid protest

**Whitney, Bradley & Brown, Inc.** – Government contract cost/price consulting

**James J. Check**

**A description of the financial interests that I, my spouse, and/or my family has in any entity that is an interested party in this protest or whose protected material will be reviewed; if none, I have so stated:**

**NONE**

**James J. Check**
**A list identifying by name of forum, case number, date, and circumstances all instances in which I
have been granted admission or been denied admission to a protective order, or had a protective order
admission revoked, or been found to have violated a protective order issued by GAO or by an
administrative or judicial tribunal; if none, I have so stated:**

**Admission granted:**

Fluor Intercontinental, Inc., v United States, U.S. Court of Federal Claims, (Bid Protest), Case No. 19-
1580, 19-1585, October 2019

PAE-Parsons Global Logistics Services, LLC, v United States, U.S. Court of Federal Claims, (Bid
Protest), Case No. 19-1205, October 2019

AECOM Management Services, Inc., v United States, U.S. Court of Federal Claims, (Bid Protest), Case
No. 19-1176, October 5, 2019

Dyncorp International LLC, v United States, U.S. Court of Federal Claims, (Bid Protest), Case No. 19-
1133, October 5, 2019

GAO Bid Protest – Mission Essential Personnel, LLC., B-417015.8, September 13, 2019

GAO Bid Protest – NCI Information Systems, Inc., B-417752.1 & .2, August 20, 2019

GAO Bid Protest – NCI Information Systems, Inc., B-417685.1, July 22, 2019

GAO Bid Protest – Logistics Management Institute, B-417601.1, July 2019

GAO Bid Protest – DynCorp International, LLC., B-417506.1, May 2019

GAO Bid Protest – AECOM Management Services, Inc., B-417506.2, May 2019

GAO Bid Protest – Fluor Intercontinental, Inc. B-417506.3, May 2019

GAO Bid Protest – Fluor Intercontinental, Inc., B-417506.4, May 2019

GAO Bid Protest – PAE-Parsons Global Logistics Services, LLC., B-417506.5, May 2019

Sierra Nevada Corporation, v. Telephonics Corporation, No. 01-18-0003-5643, AAA, February 14, 2019

GAO Bid Protest – TriWest Healthcare Alliance Corporation, B-415222.3 & .4, February 14, 2019

GAO Bid Protest – Oasis Systems, LLC., B-416747.9 & .11, February 6, 2019

Possible Worldwide, LLC v. United States, U.S. Court of Federal Claims, (Bid Protest) Case No. 18-
1936C, January 16, 2019

GAO Bid Protest – Engineering Research and Consulting, Inc., B-416747.1, September 25, 2018

GAO Bid Protest – Abacus Technology Corporation, B-416747.2, September 25, 2018

GAO Bid Protest – BTAS, Inc., B-416747.3, September 25, 2018

GAO Bid Protest – Quantech Services, Inc., B-416747.4, September 25, 2018

GAO Bid Protest – Odyssey Systems Consulting Group, Ltd., B-416747.5, September 25, 2018

GAO Bid Protest – PAE Government Services, Inc., B-416588.1, August 3, 2018

GAO Bid Protest – BTAS, Inc., B-415810.4, B-415810.6, July 19, 2018

GAO Bid Protest - Integral Consulting Services, Inc., B-415292.2, February 28, 2018

GAO Bid Protest - Savannah River Technology & Remediation LLC, B-415637, November 11, 2017

GAO Bid Protest – Northrop Grumman Systems Corporation, B-412278.7, July 28, 2017

UnitedHealth Military & Veterans Services, LLC v. United States, U.S. Court of Federal Claims, (Bid
Protest) Case No. 16-1536, January 20, 2017

GAO Bid Protest – UnitedHealth Military & Veterans Services, LLC, B-411837.2, B-411837.3, and B-
411837.4, September 2, 2016

GAO Bid Protest – Xerox Federal Solutions, LLC, B-413272, July 7, 2016

GAO Bid Protest – DRS Technical Services, Inc., B-412070, September 28, 2015

GAO Bid Protest – General Dynamics Advanced Information Systems, Inc., B-411771, July 29, 2015

Alabama Aircraft Industries, Inc., Alabama Aircraft Industries, Inc. – Birmingham, and Pemco Aircraft
Engineering Services, Inc. v. The Boeing Company, Boeing Aerospace Operations, Inc. and Boeing
Aerospace Support Center – Case No. 2:11-cv-03577-RDP, United States District Court for the Northern
District of Alabama, May 23, 2014

Northrop Grumman Corporation v. Aon Risk Insurance West, Inc. - Case No. BC453927, Superior Court
of the State of California for the County of Los Angeles, April 2013

GAO Bid Protest – GHI Medicare, B-407691, November 1, 2012

GAO Bid Protest – Shaw Environmental and Infrastructure, Inc., B-406935, July 27, 2012

GAO Bid Protest – Supreme Foodservice GMBH, B-405400.3; B-405400.4, July 2012

GAO Bid Protest – Dell Services Federal Government, Inc., B-406380.4, June 29, 2012

GAO Bid Protest – H P Enterprise Services, LLC, B-406380.3, June 29, 2012

GAO Bid Protest – TriWest Healthcare Alliance, B-401652.12, April 6, 2012

GAO Bid Protest – Computer Sciences Corporation, B-405460, August 1, 2011

UnitedHealth Military & Veterans Services, LLC v. United States, U.S. Court of Federal Claims, (Bid Protest) Case No. 11-405C, June 23, 2011

GAO Bid Protest - UnitedHealth Military & Veterans Services, LLC, B-401652.8 and .9, March 23, 2011
Raytheon Company v. United States, US Court of Federal Claims Case No. 09-306C, 12/13/10

ODRA Contract Dispute – Lockheed Martin Corporation (TSA Contract No. HSTS02-07-D-TTC366), ODRA-No. 08-TSA-042, May 19, 2010

GAO Bid Protest – Alion Science and Technology Corporation, B-402450, February 22, 2010

GAO Bid Protest – Navistar Defense, LLC, B-401865 et al., September 17, 2009

GAO Bid Protest – Health Net Federal Services, LLC, B-401652.1 et al., August 12, 2009

Alabama Aircraft Industries, Inc.—Birmingham v. United States, U.S. Court of Federal Claims, (Bid Protest) Case No. 08-470, Sept. 30, 2008

GAO Bid Protest – Pemco Aeroplex Inc., B-310372.3, June 12, 2008

GAO Bid Protest – Pemco Aeroplex Inc., B-310372, December 27, 2007

Lockheed Martin Corporation v. L-3 Communications Corporation, Mediatech Inc., Kevin Speed, Steve Fleming, and Patrick St. Romain – Case No. 6:05-cv-1580-Orl-31KRS Orl-31KRS, United States District Court, Middle District of Florida, Orlando Division, July 2007

Lockheed Martin Corporation v. Boeing, U.S. District Court, Orlando, February 2004

GAO Bid Protest – Lockheed Martin/Boeing FIA program, 1999

**Admission denied, revoked, or Protective Order violated:**

**NONE**

**James J. Check**

**A statement of the professional associations to which I belong, including membership numbers:**

**AICPA –** Member number: 02742596

**ABA** – Member number: 00259106

**FORM 10**
**APPLICATION FOR ACCESS TO INFORMATION UNDER**
**PROTECTIVE ORDER BY EXPERT CONSULTANT OR WITNESS**

# United States Court of Federal Claims

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| SPACE EXPLORATION TECHNOLOGIES CORP. , | ) | No. 2:19-cv-7927-ODW |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge Otis D. Wright II (Transferred) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

APPLICATION FOR ACCESS TO INFORMATION UNDER
PROTECTIVE ORDER BY EXPERT CONSULTANT OR WITNESS

1.  I, the undersigned, am a Consultant with Chess Consulting LLC and hereby apply for access to protected information covered by the Protective Order issued in connection with this proceeding.

2.  I have been retained by Morrison & Foerster LLP and will, under the direction and control of Kevin P. Mullen, assist in the representation of Orbital Sciences Corporation ("Orbital") in this proceeding.

3.  I hereby certify that I am not involved in competitive decision making as discussed in *U.S. Steel Corp. v. United States*, 730 F.2d 1465 (Fed. Cir. 1984), for or on behalf of any party to this proceeding or any other firm that might gain a competitive advantage from access to the information disclosed under the protective order. Neither I nor my employer provides advice or participates in any decisions of such parties in matters involving similar or corresponding information about a competitor. This means, for example, that neither I nor my employer provides advice concerning, or participates in decisions about, marketing or advertising strategies, product research and development, product design or competitive structuring and composition of bids, offers, or proposals with respect to which the use of protected information could provide a competitive advantage.

4.  My professional relationship with the party for whom I am retained in this proceeding and its personnel is strictly as a consultant on issues relevant to the proceeding. Neither I nor any member of my immediate family holds office or a management position in any company that is a party in this proceeding or in any competitor or potential competitor of a party.

5.  I have attached the following information:
    a.  a current resume describing my education and employment experience to date;
    b.  a list of all clients for whom I have performed work within the two years prior to the date of this application and a brief description of the work performed;
    c.  a statement of the services I am expected to perform in connection with this proceeding;

215

     d.   a description of the financial interests that I, my spouse, and/or my family has in any entity that is an interested party in this proceeding or whose protected information will be reviewed; if none, I have so stated;

     e.   a list identifying by name of forum, case number, date, and circumstances all instances in which I have been granted admission or been denied admission to a protective order, had a protective order admission revoked, or have been found to have violated a protective order issued by an administrative or judicial tribunal; if none, I have so stated; and

     f.   a list of the professional associations to which I belong, including my identification numbers.

6.   I have read a copy of the Protective Order issued by the court in this proceeding. I will comply in all respects with all terms and conditions of that order in handling any protected information produced in connection with the proceeding. I will not disclose any protected information to any individual who has not been admitted under the Protective Order by the court.

7.   For a period of two years after the date this application is granted, I will not engage or assist in the preparation of a proposal to be submitted to any agency of the United States government for _space launch systems_ when I know or have reason to know that any party to this proceeding, or any successor entity, will be a competitor, subcontractor, or teaming member.

8.   For a period of two years after the date this application is granted, I will not engage or assist in the preparation of a proposal or submission to _Expendable Launch Vehicle Prog._ nor will I have any personal involvement in any such activity.

9.   I acknowledge that a violation of the terms of the Protective Order may result in the imposition of such sanctions as may be deemed appropriate by the court and in possible civil and criminal liability.

\* \* \*

By my signature, I certify that, to the best of my knowledge, the representations set forth above (including attached statements) are true and correct.

*Kevin Mosteller*

_____

Signature

Kevin Mosteller

_____

Typed Name and Title

P: (703) 796-2866

_____

Telephone Number

kmosteller@chessconsultingllc.com

_____

E-mail Address

December 10, 2019

Date Executed

*Kevin P. Mullen*

_____

Signature of Attorney of Record

Kevin Patrick Mullen

_____

Typed Name and Title

P: (202) 887-1560

_____

Telephone Number

KMullen@mofo.com

_____

E-mail Address

December 10, 2019

Date Executed

216

# Kevin Mosteller

## Associate

+1 703 796 2866
kmosteller@chessconsultingllc.com

11710 Plaza America Drive
Suite 800
Reston, VA 20190
United States of America

Kevin Mosteller is an Associate with Chess Consulting LLC. Kevin recently began his career with Chess Consulting after graduating from Virginia Tech.

## Professional Experience

**Government Contracts and Regulatory Compliance**

- Kevin assisted in the preparation of a government contractor's Incurred Cost Submission. This included preparing detailed schedules supporting the submission, calculation of indirect cost rates, and reviewing contract documentation.

**Disputes and Litigation**

- Kevin assisted with the preparation of an expert report in connection with a pharmaceutical company's breach of contract damages claim. This included reviewing schedules, calculations, and exhibits supporting the damages calculation.

**Business Process Improvement**

- Kevin assisted with the documentation of social media practices to facilitate streamlined procedures for a large healthcare services company. Procedures included the effective use of software to create, analyze, and interact with social media content. He also worked on the documentation of internal procedures for submission and approval of commercial advertising.

## Academic Highlights

- In addition to a wide range of economics courses, Kevin's other business classes included Managerial Accounting, Financial Accounting, Supply Chain Management, Finance, and Business Law.
- During summer internships, Kevin assisted with construction project management tasks for a not-for-profit organization.

## Education and Certifications

- Virginia Tech, B.S., Economics

**Kevin Mosteller**

**A list of all clients for whom I have performed work within the 2 years prior to the date of this application, and a brief description of the work performed:**

**AMAG Pharmaceuticals, Inc. –** Litigation support

**Aziyo Biologitics** – Consultation on external financial reporting and revenue recognition

**Oklahoma State University – University Multispectral Laboratories –** Incurred cost submission preparation

**Tenet Healthcare Corporation –** Process documentation support

**Kevin Mosteller**

**A description of the financial interests that I, my spouse, and/or my family has in any entity that is an interested party in this protest or whose protected material will be reviewed; if none, I have so stated:**

**NONE**

**Kevin Mosteller**
**A list identifying by name of forum, case number, date, and circumstances all instances in which I
have been granted admission or been denied admission to a protective order, or had a protective order
admission revoked, or been found to have violated a protective order issued by GAO or by an
administrative or judicial tribunal; if none, I have so stated:**

**Admission granted:**

**NONE**

**Admission denied, revoked, or Protective Order violated:**

**NONE**

**Kevin Mosteller**
**A statement of the professional associations to which I belong, including membership numbers:**

**NONE**

**FORM 10**
**APPLICATION FOR ACCESS TO INFORMATION UNDER**
**PROTECTIVE ORDER BY EXPERT CONSULTANT OR WITNESS**

# 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔠𝔬𝔲𝔯𝔱 𝔬𝔣 𝔉𝔢𝔡𝔢𝔯𝔞𝔩 𝔠𝔩𝔞𝔦𝔪𝔰

|  |  |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP. , | ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff, | No. 2:19-cv-7927-ODW |
| v. | Judge Otis D. Wright II (Transferred) |
| THE UNITED STATES, | |
| Defendant. | |

APPLICATION FOR ACCESS TO INFORMATION UNDER
PROTECTIVE ORDER BY EXPERT CONSULTANT OR WITNESS

1.  I, the undersigned, am a  Consultant  with  Chess Consulting LLC  and hereby apply for access to protected information covered by the Protective Order issued in connection with this proceeding.

2.  I have been retained by  Morrison & Foerster LLP  and will, under the direction and control of  Kevin P. Mullen , assist in the representation of  Orbital Sciences Corporation ("Orbital")  in this proceeding.

3.  I hereby certify that I am not involved in competitive decision making as discussed in *U.S. Steel Corp. v. United States*, 730 F.2d 1465 (Fed. Cir. 1984), for or on behalf of any party to this proceeding or any other firm that might gain a competitive advantage from access to the information disclosed under the protective order. Neither I nor my employer provides advice or participates in any decisions of such parties in matters involving similar or corresponding information about a competitor. This means, for example, that neither I nor my employer provides advice concerning, or participates in decisions about, marketing or advertising strategies, product research and development, product design or competitive structuring and composition of bids, offers, or proposals with respect to which the use of protected information could provide a competitive advantage.

4.  My professional relationship with the party for whom I am retained in this proceeding and its personnel is strictly as a consultant on issues relevant to the proceeding. Neither I nor any member of my immediate family holds office or a management position in any company that is a party in this proceeding or in any competitor or potential competitor of a party.

5.  I have attached the following information:
    a.   a current resume describing my education and employment experience to date;
    b.   a list of all clients for whom I have performed work within the two years prior to the date of this application and a brief description of the work performed;
    c.   a statement of the services I am expected to perform in connection with this proceeding;

    d.    a description of the financial interests that I, my spouse, and/or my family has in any entity that is an interested party in this proceeding or whose protected information will be reviewed; if none, I have so stated;

    e.    a list identifying by name of forum, case number, date, and circumstances all instances in which I have been granted admission or been denied admission to a protective order, had a protective order admission revoked, or have been found to have violated a protective order issued by an administrative or judicial tribunal; if none, I have so stated; and

    f.    a list of the professional associations to which I belong, including my identification numbers.

    6.  I have read a copy of the Protective Order issued by the court in this proceeding. I will comply in all respects with all terms and conditions of that order in handling any protected information produced in connection with the proceeding. I will not disclose any protected information to any individual who has not been admitted under the Protective Order by the court.

    7.  For a period of two years after the date this application is granted, I will not engage or assist in the preparation of a proposal to be submitted to any agency of the United States government for <u>space launch systems</u> when I know or have reason to know that any party to this proceeding, or any successor entity, will be a competitor, subcontractor, or teaming member.

    8.  For a period of two years after the date this application is granted, I will not engage or assist in the preparation of a proposal or submission to <u>Expendable Launch Vehicle Prog.</u> nor will I have any personal involvement in any such activity.

    9.  I acknowledge that a violation of the terms of the Protective Order may result in the imposition of such sanctions as may be deemed appropriate by the court and in possible civil and criminal liability.

* * *

    By my signature, I certify that, to the best of my knowledge, the representations set forth above (including attached statements) are true and correct.

_____
Signature
Marc P. Schwartz

December 10, 2019
_____
Date Executed

Typed Name and Title
P: (703) 796-2879
_____
Telephone Number
mschwartz@chessconsultingllc.com
_____
E-mail Address

_____
Signature of Attorney of Record
Kevin Patrick Mullen

December 10, 2019
_____
Date Executed

Typed Name and Title
P: (202) 887-1560
_____
Telephone Number
KMullen@mofo.com
_____
E-mail Address

# Marc P. Schwartz

## Senior Manager

+1 703 796 2879

mschwartz@chessconsultingllc.com

11710 Plaza America Drive
Suite 800
Reston, VA 20190
United States of America

Marc Schwartz is a Senior Manager with Chess Consulting LLC. He has worked primarily with government contractors providing complex accounting, regulatory compliance, and consulting services to companies in a wide range of industries including defense, real estate, and professional services. Prior to Chess Consulting, Marc worked for over five years for two different international consulting firms.

## Professional Experience

**Disputes and Litigation:**

- Marc has assisted outside counsel for government contractors in connection with numerous bid protests. He has performed extensive analyses in connection with price/cost and other issues, including labor rates, indirect rates, and various direct costs, raised during the protests. He has also assisted in preparing exhibits and researching regulatory guidance.

- Marc assisted outside counsel with analyses in response to an insurance claim by a large government contractor for business interruption losses. This included researching underlying documentation and applicable regulations in order to make adjustments to the claim calculations, as well as developing workpapers provided to opposing counsel to present the analysis. As part of the analysis, Marc performed an in depth review of proposals, contracts, and other relevant documents. Additionally, he performed detailed calculations to determine indirect cost and rate impacts to the claim. Marc's responsibilities also included assisting counsel with the preparation for numerous depositions.

- Marc assisted a large government healthcare provider and its legal counsel in preparing a settlement proposal and requisite standard forms in a terminated government contract. His responsibilities included drafting the settlement proposal and ensuring compliance with Federal Acquisition Regulations (FAR). He also helped in assessing reasonableness and supportability of bases of estimates and adequacy of documentation supporting the claim. Additionally, he acted as a liaison between the Defense Contract Audit Agency (DCAA) and the company during the audit of the settlement proposal.

- Marc assisted outside counsel for a large international engineering, construction, and services government contractor in connection with a multi-million dollar contract claim. His responsibilities included assessing price reasonableness; analyzing multiple DCAA audit reports; reviewing documentation provided by the client and the Government, assisting in the creation of expert reports, assisting expert and counsel in preparing for expert testimony, and analysis of the opposing experts' report.

- Marc provided complex financial analyses in connection with a contract claim submitted by a security screening company in litigation with the government. He evaluated the reasonableness of the claim pricing and assessed potential additional damage elements. His responsibilities also included evaluating documentation provided by the client (including accounting records, depositions and contracts), creating exhibits and schedules for an expert report, as well as analyzing and responding to DCAA and Defense Contract Management Agency (DCMA) reports.

- Marc assisted a government contractor with a special investigation conducted by outside counsel regarding compliance with the FAR Cost Principles and Cost Accounting Standards (CAS), as well as the calculation of the potential cost impact.

- Marc assisted an avionics government contractor and its legal counsel in preparing a settlement proposal and requisite standard forms in a terminated government contract. He drafted the settlement proposal and assessed compliance with FAR. He also helped in assessing supportability of bases of estimates and adequacy of documentation supporting the claim.

- Marc assisted in the performance of the compliance review for a large government contractor to ensure that the company adhered to a deferred prosecution agreement with the government. He participated in on-site visits to test different aspects of the company's operations including its financial reconciliation, cost estimating, procurement, and labor charging processes. He also assisted in the creation of a report detailing the agreed-upon procedures and work performed for the review.

- Marc assisted outside counsel for a large government contractor in connection with a multi-million dollar contract claim. His responsibilities included reviewing documentation, analyzing damage model calculations, and providing support in preparation for a mediation proceeding before the Office of Dispute Resolution for Acquisition (ODRA).

- Marc provided complex financial analyses to a large defense contractor involved in litigation related to the award of a multi-million dollar government contract. Specifically, his responsibilities included reviewing documentation provided by the client, creating exhibits and schedules utilized in expert testimony, and analysis of the opposing experts' report and relevant damages calculations. In addition, he worked directly with the client to obtain additional information necessary for expert testimony.

**Government Contracts and Regulatory Compliance:**

- Marc assisted a large international defense contractor in identifying costs associated with a multi-million dollar contract with the US Government. He helped to determine the underlying cost structure of fixed price subcontract proposals and performed detailed facility cost assessments and build ups to help the contractor identify cost overruns. He also prepared documentation used for negotiations with the Government regarding amending the contract on a go forward basis.

- Marc assisted a professional, technology and management services government contractor in the preparation of complex incurred cost submissions for multiple segments and years. This included preparing detailed schedules supporting the submissions and calculation of appropriate indirect rates. He also reviewed existing submissions for accuracy and compliance.

- Marc has performed research and analyses for clients related to assessing compliance with various FAR Cost Principles and CAS.

**Complex Accounting, Reporting, and Controls:**

- Marc assisted a large privately owned government contractor in accounting for the disposition and sale of its commercial business operations in accordance with SFAS 144 and other accounting regulations. He worked directly with the company's finance and accounting function to allocate the balance sheet and profit and loss accounts between continuing and discontinued operations. In addition, Marc worked with the company to provide necessary documentation and support to the external auditors to facilitate their review.

- Marc performed an independent review of the financial reporting and procurement processes for an international manufacturing company as part of a fraud investigation. His work included conducting interviews with key personnel and performing walkthroughs of the client's critical business processes.

- Marc assisted a global professional services firm to ensure that contract revenue was reflected in an accurate and timely manner in accordance with SAB 104 and SOP 81-1. He also reviewed contractual documents, contract status reports, and other contractual information to assess the appropriateness of the revenue recognition. Additionally, he interacted with engagement teams on a daily basis to better understand the contract backgrounds.

- Marc assisted multiple companies with the performance of internal control reviews. He participated in on-site visits to test different aspects of internal controls, including payroll, procurement, revenue and treasury.

- Marc helped a company with the development of work programs to test compliance in connection with its construction, asset management, developer services and property management agreements. He also coordinated and participated in on-site visits to test these work programs including the contract cost accounting and financial reporting of the programs.

## Education

The Pennsylvania State University, B.S., Accounting and International Business

**Marc P. Schwartz**
**A list of all clients for whom I have performed work within the 2 years prior to the date of this
application, and a brief description of the work performed:**

**AECOM –** Bid protest

**Aerojet Rocketdyne -** Government contract cost/price consulting

**Alion Science and Technology –** Consultation on external financial reporting and revenue recognition

**American Ordnance LLC –** Litigation support

**Applied Signals Intelligence -** Government contract cost/price consulting

**Booz Allen Hamilton, Inc.** – Consultation on external financial reporting and revenue recognition

**AT&T/DirecTV** – Government contract cost/price consulting

**DDB Chicago, Inc.** – Bid protest

**DEW Engineering and Development ULC -** Government contract cost/price consulting; Litigation
support

**Fluor Intercontinental, Inc.** – Bid protests

**General Dynamics Information Technology, Inc. –** Bid protest

**IBM Corporation** – Bid protest

**Mission Essential Personnel, LLC** – Bid protest

**Oasis Systems, LLC** – Bid protests

**Optum Public Services Solutions –** Bid protest

**PAE Government Services, Inc.** – Bid protest

**Path Medical –** Corporate finance assistance

**Savannah River Technology & Remediation LLC** (single purpose LLC owned by AECOM, CH2M,
and Atkins) – Bid protest

**Sierra Nevada Corporation –** Government contract cost/price consulting; claim analysis

**Telligen –** Consultation on external financial reporting revenue recognition

**Whitney, Bradley & Brown, Inc.** – Government contract cost/price consulting

**Marc P. Schwartz**
**A description of the financial interests that I, my spouse, and/or my family has in any entity that is an interested party in this protest or whose protected material will be reviewed; if none, I have so stated:**

**NONE**

**Marc P. Schwartz**
**A list identifying by name of forum, case number, date, and circumstances all instances in which I have been granted admission or been denied admission to a protective order, or had a protective order admission revoked, or been found to have violated a protective order issued by GAO or by an administrative or judicial tribunal; if none, I have so stated:**

**Admission granted:**

Fluor Intercontinental, Inc., v United States, U.S. Court of Federal Claims, (Bid Protest), Case No. 19-1580, 19-1585, October 2019

PAE-Parsons Global Logistics Services, LLC, v United States, U.S. Court of Federal Claims, (Bid Protest), Case No. 19-1205, October 2019

AECOM Management Services, Inc., v United States, U.S. Court of Federal Claims, (Bid Protest), Case No. 19-1176, October 5, 2019

Dyncorp International LLC, v United States, U.S. Court of Federal Claims, (Bid Protest), Case No. 19-1133, October 5, 2019

GAO Bid Protest – Mission Essential Personnel, LLC., B-417015.8, September 13, 2019

GAO Bid Protest – NCI Information Systems, Inc., B-417752.1 & .2, August 20, 2019

GAO Bid Protest – NCI Information Systems, Inc., B-417685.1, July 22, 2019

GAO Bid Protest – DynCorp International, LLC., B-417506.1, May 2019

GAO Bid Protest – AECOM Management Services, Inc., B-417506.2, May 2019

GAO Bid Protest – Fluor Intercontinental, Inc. B-417506.3, May 2019

GAO Bid Protest – Fluor Intercontinental, Inc., B-417506.4, May 2019

GAO Bid Protest – PAE-Parsons Global Logistics Services, LLC., B-417506.5, May 2019

Sierra Nevada Corporation, v. Telephonics Corporation, No. 01-18-0003-5643, AAA, February 14, 2019.

GAO Bid Protest – TriWest Healthcare Alliance Corporation, B-415222.3 & .4, February 14, 2019.

GAO Bid Protest – Oasis Systems, LLC., B-416747.9 & .11, February 6, 2019.

Possible Worldwide, LLC v. United States, U.S. Court of Federal Claims, (Bid Protest) Case No. 18-1936C, January 16, 2019.

GAO Bid Protest – Engineering Research and Consulting, Inc., B-416747.1, September 25, 2018.

GAO Bid Protest – Abacus Technology Corporation, B-416747.2, September 25, 2018.

GAO Bid Protest – BTAS, Inc., B-416747.3, September 25, 2018.

GAO Bid Protest – Quantech Services, Inc., B-416747.4, September 25, 2018.

GAO Bid Protest – Odyssey Systems Consulting Group, Ltd., B-416747.5, September 25, 2018.

GAO Bid Protest – PAE Government Services, Inc., B-416588.1, August 3, 2018.

GAO Bid Protest – BTAS, Inc., B-415810.4, B-415810.6, July 19, 2018.

GAO Bid Protest - International Business Machines Corporation, B-415939.3, February 23, 2018

GAO Bid Protest - Savannah River Technology & Remediation LLC, B-415637, November 11, 2017

GAO Bid Protest – Northrop Grumman Systems Corporation, B-412278.7, July 28, 2017

Alabama Aircraft Industries, Inc., Alabama Aircraft Industries, Inc. – Birmingham, and Pemco Aircraft Engineering Services, Inc. v. The Boeing Company, Boeing Aerospace Operations, Inc. and Boeing Aerospace Support Center – Case No. 2:11-cv-03577-RDP, United States District Court for the Northern District of Alabama, June 11, 2017

UnitedHealth Military & Veterans Services, LLC v. United States, U.S. Court of Federal Claims, (Bid Protest) Case No. 16-1536, January 20, 2017

GAO Bid Protest – UnitedHealth Military & Veterans Services, LLC, B-411837.2, B-411837.3, and B-411837.4, September 2, 2016

GAO Bid Protest – Alion Science and Technology Corporation, B-412964.4, July 29, 2016

GAO Bid Protest – Xerox Federal Solutions, LLC, B-413272, July 7, 2016

GAO Bid Protest – Wyle Laboratories, Inc., B-412964.1, B-412964.3, May 17, 2016

GAO Bid Protest – Alion Science and Technology Corporation, B-412964.2, May 9, 2016

GAO Bid Protest – DRS Technical Services, Inc., B-412070, September 28, 2015

GAO Bid Protest – General Dynamics Advanced Information Systems, Inc., B-411771, July 29, 2015

Northrop Grumman Corporation v. Aon Risk Insurance West, Inc. - Case No. BC453927, Superior Court of the State of California for the County of Los Angeles, April 2013

GAO Bid Protest – GHI Medicare, B-407691, November 1, 2012

GAO Bid Protest – Shaw Environmental and Infrastructure, Inc., B-406935, July 27, 2012

GAO Bid Protest – Supreme Foodservice GMBH, B-405400.3; B-405400.4, July 2012

GAO Bid Protest – Dell Services Federal Government, Inc., B-406380.4, June 29, 2012

GAO Bid Protest – H P Enterprise Services, LLC, B-406380.3, June 29, 2012

GAO Bid Protest – TriWest Healthcare Alliance, B-401652.12, April 6, 2012

GAO Bid Protest – Computer Sciences Corporation, B-405460, August 1, 2011

UnitedHealth Military & Veterans Services, LLC v. United States, U.S. Court of Federal Claims, (Bid
Protest) Case No. 11-405C, June 23, 2011

GAO Bid Protest – UnitedHealth Military & Veterans Services, LLC, B-401652.8 and .9, March 23, 2011

ODRA Contract Dispute – Lockheed Martin Corporation (TSA Contract No. HSTS02-07-D-TTC366),
ODRA-No. 08-TSA-042, May 19, 2010

GAO Bid Protest – Alion Science and Technology Corporation, B-402450, February 22, 2010

GAO Bid Protest – Navistar Defense, LLC, B-401865 et al., September 17, 2009

Lockheed Martin Corporation v. L-3 Communications Corporation, Mediatech Inc., Kevin Speed, Steve
Fleming, and Patrick St. Romain – Case No. 6:05-cv-1580-Orl-31KRS Orl-31KRS, United States District
Court, Middle District of Florida, Orlando Division, July 2007

**Admission denied, revoked, or Protective Order violated:
NONE**

**Marc P. Schwartz**
**A statement of the professional associations to which I belong, including membership numbers:**

**NONE**