**MORRISON & FOERSTER LLP**
KEVIN P. MULLEN (SBN 422275)
KMullen@mofo.com
2000 Pennsylvania Ave., N.W.
Washington, D.C. 20006-1888
Telephone: 202.887.1500
Facsimile: 202.887.0763

Attorney for Defendant Intervenor
Orbital Sciences Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. <br><br> and <br><br> UNITED LAUNCH ALLIANCE, LLC, BLUE ORIGIN, LLC, and ORBITAL SCIENCES CORPORATION, <br><br> Intervenor Defendants. | Case No. 2:19-cv-07927-ODW-GJS <br><br> Honorable Otis D. Wright II <br><br> **NOTICE OF WITHDRAWAL OF APPLICATIONS FOR ACCESS TO INFORMATION UNDER PROTECTIVE ORDER BY EXPERT CONSULTANTS JAMES CHECK, KEVIN MOSTELLER AND MARC SCHWARTZ** |

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2      **PLEASE TAKE NOTICE** that Intervenor Defendant Orbital Sciences Corporation ("Orbital") hereby withdraws the applications for admission to the protective order in this matter for expert consultants James Check, Kevin Mosteller and Marc Schwartz of Chess Consulting LLC, filed on December 10, 2019.

7  Dated: December 17, 2019        Respectfully submitted,

By: /s/Kevin P. Mullen
     KEVIN P. MULLEN (*pro hac vice*)

*Attorney for Orbital Sciences Corporation*

2
**NOTICE OF WITHDRAWAL OF APPLICATIONS FOR ACCESS TO INFORMATION UNDER PROTECTIVE ORDER BY EXPERT CONSULTANT OR WITNESS**