UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | 2:19-cv-07927-ODW (GJSx) | Date | March 16, 2020 |
|---|---|---|---|
| Title | *Space Exploration Technologies Corp. v. USA* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**           **In Chambers**

The Court on its own motion **CONTINUES** the hearing on the Motion for Judgment (ECF No. 170) to May 15, 2020 at 10:00 a. m.

                                                                                      :    00

Initials of Preparer    SE