UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| No. | 2:19-cv-07927-ODW (GJSx) | Date | April 14, 2020 |
|---|---|---|---|
| Title | *Space Exploration Technologies Corp. v. USA* | | |

Present: The Honorable   Otis D. Wright, II, United States District Judge

| Sheila English | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**   **In Chambers**

On March 19, 2020 the Chief Judge of the Central District of California published Activation of Continuity of Operations Plan ("CO-OP") in response to the COVID-19 outbreak. The order states that "[a]ll of the Courthouses of the Central District will be closed to the public except for hearings on criminal duty matters," effective March 23, 2020 through and including June 1, 2020. Accordingly, the hearing on the Motion for Judgment (ECF No. 170) **is CONTINUED** from May 15, 2020 at 10:00am to **June 19, 2020 10:00am.**

                                                                                                : 00

                                                         Initials of Preparer    SE