UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | 2:19-cv-07927-ODW (GJSx) | Date | May 27, 2020 |
|---|---|---|---|
| Title | *Space Exploration Technologies Corp. v. USA* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings:**          **In Chambers**

After careful review of the entire record, the Court recognizes that the Administrative Record was filed on June 26, 2019, with Court of Federal Claims, however, the Court determines that the Parties have yet to lodge the entire Certified Administrative Record before this Court. Accordingly, the Court orders Defendant, the United States (the "Government"), to file the Certified Administrative Record in CD-ROM format, under seal, with this Court by June 1, 2020. The Government shall also serve all Parties with a copy of the Certified Administrative Record in CD-ROM format.

**IT IS HEREBY ORDERED.**

: 00

Initials of Preparer    SE