Joseph E. Borson (Va. Bar No. 85519)
joseph.borson@usdoj.gov
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Tel: 202-514-1944
Fax: 202-616-8460
*Counsel for the United States of America*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Space Exploration Technologies, Corp.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>United States of America,<br><br>　　　　　Defendant,<br><br>　　v.<br><br>Blue Origin, LLC *et al.*,,<br><br>　　　　　Defendant-Intervenors. | Case No. 2:19-cv-7927-ODW(GJS)<br>Honorable Otis D. Wright II<br>United States District Judge<br><br>**DEFENDANT'S NOTICE OF FILING OF CERTIFIED ADMINISTRATIVE RECORD [FILED UNDER SEAL]**<br><br>Date: June 19, 2020<br>Time: 10:00 AM<br>Ctrm: 5D, 5th Floor<br>　　　First Street Courthouse<br>　　　350 W. First Street<br>　　　Los Angeles, CA 90012 |

Pursuant to this Court's May 27, 2020 Minute Order, ECF No. 201, the Defendant hereby provides notice that it has filed a copy of the Certified Administrative Record, under seal and in DVD-ROM format, with this Court. The Defendant further provides notice that it has served the Plaintiff and Defendant-Intervenors with a copy of the Certified Administrative Record.

| | |
|---|---|
| Dated June 1, 2020 | Respectfully submitted, |
| | JOSEPH H. HUNT<br>Assistant Attorney General |
| | ANTHONY J. COPPOLINO<br>Deputy Branch Director |
| | */s/ Joseph E. Borson*<br>JOSEPH E. BORSON (Va. Bar No. 85519)<br>REBECCA CUTRI-KOHART<br>Trial Attorney, U. S. Dept. of Justice<br>Civil Division, Federal Programs Branch<br>1100 L St., NW<br>Washington, D.C. 20005<br>Tel.   (202) 514-1944<br>Email:  joseph.borson@usdoj.gov |
| | *Counsel for the United States of America* |

- 1 -

Defendant's Notice of Filing the Certified Administrative Record [Filed Under Seal]