UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | 2:19-cv-07927-ODW (GJSx) | Date | June 12, 2020 |
|---|---|---|---|
| Title | *Space Exploration Technologies Corp. v. USA* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings:**          **In Chambers**

        The hearing on Plaintiff's Motion for Judgment on the Certified Administrative Record (ECF No. 170) is set for Friday, June 19, 2020 at 10:00 a.m.  (ECF No. 200.)  The Parties are advised:

1. Each Party may choose to attend the hearing in person or telephonically.  However, if a Party plans to present evidence at the hearing, then that Party is <u>required</u> to attend the hearing in person.  The Court will not make accommodations to allow Parties to present evidence via telephone or video conference.  The Parties are **ORDERED** to file a joint notice indicating each Party's preference (in-person or telephonic appearance) no later than **June 17, 2020**.

2. Everyone attending the hearing in person shall wear a mask that covers their nose and mouth at all times unless otherwise allowed by the Court.

3. Upon entering the courtroom, counsel shall <u>not</u> approach the clerk's table.  Counsel shall maintain a distance of at least six feet from each other at all times possible and may use the gallery space to do so.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | 2:19-cv-07927-ODW (GJSx) | Date | June 12, 2020 |
|-----|--------------------------|------|---------------|
| Title | *Space Exploration Technologies Corp. v. USA* | | |

| | | : | 00 |
|---|---|---|---|
| | Initials of Preparer | SE | |