Joseph E. Borson (Va. Bar No. 85519)
joseph.borson@usdoj.gov
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Tel: 202-514-1944
Fax: 202-616-8460
*Counsel for the United States of America*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Space Exploration Technologies Corp., <br><br> Plaintiff, <br><br> v. <br><br> United States of America, <br><br> Defendant, <br><br> v. <br><br> Blue Origin, LLC, *et al.*, <br><br> Defendant-Intervenors. | Case No. 2:19-cv-07927-ODW(GJS) <br> Honorable Otis D. Wright II <br><br> **JOINT NOTICE REGARDING ORAL ARGUMENT ATTENDANCE** <br><br> Date: June 19, 2020 <br> Time: 10:00 a.m. PDT <br> Crtrm: 5D |

1 Pursuant to the Court's Order dated June 12, 2020 (ECF No. 205), the parties hereby submit this Joint Notice indicating each party's attendance plans for the hearing on Plaintiff's Motion for Judgment on the Certified Administrative Record (ECF No. 170) on Friday, June 19, 2020 at 10:00 a.m.  The parties also request that the Courtroom be sealed and the conference line be secured because the argument will involve protected material covered by the Protective Order in this case.

Craig Holman and Kara Daniels, counsel for Plaintiff Space Exploration Technologies Corp. ("SpaceX"), will attend the hearing in person.  Pursuant to the Court's instructions, Mr. Holman and Ms. Daniels will wear a mask at all times unless otherwise allowed by the Court and will not approach the clerk's table and will maintain a safe social distance from other counsel.  As indicated in the February 21, 2020 electronic correspondence with the Courtroom Deputy Clerk, Mr. Holman plans to use his laptop to make an electronic presentation for argument which will cite to and show documents from the administrative record and court filings.

Joseph Borson, counsel for Defendant the United States of America, will appear telephonically.

Kevin Mullen, counsel for Defendant-Intervenor Orbital Sciences Corporation, will appear telephonically.

Scott Pickens, counsel for Defendant-Intervenor Blue Origin, LLC, will appear telephonically and Matthew O'Hanlon, local counsel from the same firm, will also appear telephonically.

Todd Steggerda, counsel for Defendant-Intervenor United Launch Services, LLC, will appear telephonically, and Kevin Lally, local counsel from the same firm, will appear in person and also will abide by the Court's safety instructions.

The Defendant and Defendant-Intervenors reserve all rights to assert any appropriate objections to SpaceX's above-referenced electronic presentation.

| | | |
|---|---|---|
| 1 | Dated: June 17, 2020 | ARNOLD & PORTER KAYE SCHOLER LLP |
| 2 | | |
| 3 | | By: */s/ Craig A. Holman*<br>    Craig A. Holman (*admitted pro hac vice*) |
| 4 | | Attorney for Plaintiff<br>*Space Exploration Technologies Corp.* |
| 5 | | |
| 6 | | U.S. DEPARTMENT OF JUSTICE |
| 7 | | |
| 8 | | By: */s/ Joseph E. Borson*<br>    Joseph E. Borson |
| 9 | | Attorney for Defendant<br>*United States of America* |
| 10 | | |
| | | BARNES AND THORNBURG LLP |
| 11 | | |
| 12 | | By: */s/ Scott E. Pickens*<br>    Scott E. Pickens (*admitted pro hac vice*) |
| 13 | | |
| 14 | | Attorney for Defendant-Intervenor<br>*Blue Origin, LLC* |
| 15 | | MCGUIREWOODS LLP |
| 16 | | |
| 17 | | By: */s/ Todd R. Steggerda*<br>    Todd R. Steggerda (*admitted pro hac vice*) |
| 18 | | Attorney for Defendant-Intervenor<br>*United Launch Services, LLC* |
| 19 | | |
| 20 | | MORRISON AND FOERSTER LLP |
| 21 | | By: */s/ Kevin P. Mullen*<br>    Kevin P. Mullen (*admitted pro hac vice*) |
| 22 | | |
| 23 | | Attorney for Defendant-Intervenor<br>*Orbital Sciences Corporation* |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**SIGNATURE ATTESTATION**

All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

U.S. DEPARTMENT OF JUSTICE

By: */s/ Joseph Borson*
    Joseph Borson

    Attorney for Defendant
    *United States of America*

**PROOF OF SERVICE**

I hereby certify that on this 17th day of June 2020, I electronically filed the foregoing Joint Notice with the Clerk by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.:

Dated: June 17, 2020

U.S. DEPARTMENT OF JUSTICE

By: */s/ Joseph Borson*
 Joseph Borson

 Attorney for Defendant
 *United States of America*