UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-07927-ODW(GJSx) | Date | June 19, 2020 |
|---|---|---|---|
| Title | Space Exploration Technologies Corp. v. USA | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | | Sheri Kleeger |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Craig A Holman<br>Kara L Daniels | | Kevin Lally |

**Proceedings:**  MOTION for Judgment on the Certified Administrative Record re Protective Order [170]

    Case called, appearances made. Also appeared telephonically were: Rebecca M Cutri-Kohart, Scott E Pickens, Joseph Evan Borson, Kevin P Mullen, Matthew B O'Hanlon, and Todd R Steggerda.

    The Court having carefully considered the papers and having heard the oral argument of counsel, takes the matter under submission for further review. A written order will issue.

|  | 1 : 44 |
|---|---|
| Initials of Preparer | se |