UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-07927-ODW(GJS) | Date | July 2, 2020 |
|---|---|---|---|
| Title | Space Exploration Technologies Corp. v. USA | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge |
|---|---|

| Sheila English | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None present | None present |

**Proceedings:**     MINUTES (IN CHAMBERS)

    The Court orders the clerk's office to immediately seal document no. [208] due to sensitive information.

                                      :  00

Initials of Preparer  se