John D. Lombardo (Bar No. 187142)
john.lombardo@arnoldporter.com
Arnold & Porter Kaye Scholer LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199

Craig A. Holman (*admitted pro hac vice*)
craig.holman@arnoldporter.com
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Telephone: 202.942.5000
Facsimile: 202.942.5999

Attorneys for Plaintiff
*Space Exploration Technologies Corp.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Space Exploration Technologies Corp., <br><br> Plaintiff, <br><br> v. <br><br> United States of America, <br><br> Defendant, <br><br> v. <br><br> Blue Origin, LLC, *et al.*, <br><br> Defendant-Intervenors. | Case No. 2:19-cv-07927-ODW(GJS) <br> Honorable Otis D. Wright II <br><br><br> **STIPULATION TO FILE JOINT NOTICE; [PROPOSED] ORDER** |

1  [Caption page continued]

2  Kara L. Daniels (*admitted pro hac vice*)
   kara.daniels@arnoldporter.com
3  David M. Hibey (*admitted pro hac vice*)
   david.hibey@arnoldporter.com
4  Sonia Tabriz (*admitted pro hac vice*)
   sonia.tabriz@arnoldporter.com
5  Nathaniel Castellano (*admitted pro hac vice*)
   nathaniel.castellano@arnoldporter.com
6  Arnold & Porter Kaye Scholer LLP
   601 Massachusetts Avenue, N.W.
7  Washington, D.C. 20001
   Telephone: (202) 942-5000
8  Facsimile:  (202) 942-5999

9  Attorneys for Plaintiff
   *Space Exploration Technologies Corp.*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff Space Exploration Technologies Corp., Defendant the United States of America, and Defendant-Intervenors Blue Origin, LLC, Orbital Sciences Corporation, and United Launch Services, LLC, by and through their respective counsel of record, hereby stipulate, agree, and request that the Court take notice that on August 7, 2020 the U.S. Air Force Space and Missile Systems Center ("SMC") made two contract awards under Solicitation No. FA8811-19-R-002, the National Security Space Launch Phase 2 Launch Service Procurement Request for Proposals, and enter the proposed Joint Notice on the docket.

The grounds for this stipulation and request are as follows:

Briefing in this case concluded on July 17, 2020, with the submission of the parties' Joint Response to Court Questions, ECF 210.

The parties submit the attached proposed Joint Notice to apprise the Court of the Phase 2 awards and briefly discuss the potential impact of the awards, in the event the Court would find further briefing helpful in deciding this case.

For the above-reasons, the undersigned parties jointly request that the Court enter the proposed Joint Notice on the docket.

Dated: Aug. 14, 2020          ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Craig A. Holman*
    Craig A. Holman (*admitted pro hac vice*)

Attorney for Plaintiff
*Space Exploration Technologies Corp.*


U.S. DEPARTMENT OF JUSTICE

DAVID M. MORRELL
Deputy Assistant Attorney General
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch
*/s/ Joseph E. Borson*
JOSEPH E. BORSON
REBECCA CUTRI-KOHART

STIPULATION TO FILE JOINT NOTICE

|   |   |
|---|---|
| 1 | Trial Attorneys, Civil Division, Federal Programs Branch |
| 2 | |
| 3 | Attorneys for Defendant<br>*United States of America* |
| 4 | BARNES AND THORNBURG LLP |
| 5 | |
| 6 | By: */s/ Scott E. Pickens*<br>Scott E. Pickens (*admitted pro hac vice*) |
| 7 | Attorney for Defendant-Intervenor<br>*Blue Origin, LLC* |
| 8 | MCGUIREWOODS LLP |
| 9 | |
| 10 | By: */s/ Todd R. Steggerda*<br>Todd R. Steggerda (*admitted pro hac vice*) |
| 11 | |
| 12 | Attorney for Defendant-Intervenor<br>*United Launch Services, LLC* |
| 13 | |
| 14 | MORRISON AND FOERSTER LLP |
| 15 | By: */s/ Kevin P. Mullen*<br>Kevin P. Mullen (*admitted pro hac vice*) |
| 16 | |
| 17 | Attorney for Defendant-Intervenor<br>*Orbital Sciences Corporation* |

## SIGNATURE ATTESTATION

All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Craig A. Holman*
Craig A. Holman (*admitted pro hac vice*)

Attorney for Plaintiff
*Space Exploration Technologies Corp.*

**PROOF OF SERVICE**

I hereby certify that on this 14th day of August 2020, I electronically filed the foregoing Stipulation to File Joint Notice with the Clerk by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: August 14, 2020              ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Craig A. Holman*
Craig A. Holman (*admitted pro hac vice*)

Counsel for Plaintiff
*Space Exploration Technologies Corp.*

STIPULATION TO FILE JOINT NOTICE