UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| No. | 2:19-cv-07927-ODW (GJSx) | Date | August 19, 2020 |
|---|---|---|---|
| Title | *Space Exploration Technologies Corp. v. USA* | | |

Present: The Honorable **Otis D. Wright, II, United States District Judge**

| Sheila English | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**           **In Chambers**

Having considered the Stipulation of Plaintiff, Defendant, and Defendant-Intervenors to File Joint Notice, and for good cause shown:

**IT IS HEREBY ORDERED** that the Stipulation is **GRANTED**. Plaintiff is hereby **ORDERED** to file the Joint Notice on the docket no later than **August 20, 2020**.

**IT IS SO ORDERED.**

: 00

Initials of Preparer   SE