# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SPACE EXPLORATION TECHNOLOGIES CORP.

Plaintiff(s),

v.

USA

Defendant(s).

CASE NUMBER:

2:19-cv-07927-ODW-GJS

**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   9/10/2020

Document Number(s):   217

Title of Document(s):   Notice (Other) by plaintiff

**ERROR(S) WITH DOCUMENT:**

Hearing information is missing, incorrect, or not timely.

Incorrect event selected. Correct event to be used is: MOTION : Supplement

Note : Sealed motion filed 8/26/20, this "redacted" version was filed SEPTEMBER 10 , 2020 under wrong event "Notice (Other) " is not efiled as a noticed motion set for hearing and filed after sealed motion no. 215 of 8/26/20

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: September 15, 2020        By:  /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
                                       Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS