John D. Lombardo (Bar No. 187142)
john.lombardo@arnoldporter.com
Arnold & Porter Kaye Scholer LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199

Craig A. Holman (*admitted pro hac vice*)
craig.holman@arnoldporter.com
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Telephone: 202.942.5000
Facsimile: 202.942.5999

Attorneys for Plaintiff
*Space Exploration Technologies Corp.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Space Exploration Technologies Corp., <br><br> Plaintiff, <br><br> v. <br><br> United States of America, <br><br> Defendant, <br><br> v. <br><br> Blue Origin, LLC, *et al.*, <br><br> Defendant-Intervenors. | Case No. 2:19-cv-07927-ODW(GJS) <br> Honorable Otis D. Wright II <br><br><br> **JOINT RESPONSE TO COURT'S ORDER TO SHOW CAUSE AND JOINT STIPULATION** |

[Caption page continued]

Kara L. Daniels (*admitted pro hac vice*)
kara.daniels@arnoldporter.com
David M. Hibey (*admitted pro hac vice*)
david.hibey@arnoldporter.com
Sonia Tabriz (*admitted pro hac vice*)
sonia.tabriz@arnoldporter.com
Nathaniel Castellano (*admitted pro hac vice*)
nathaniel.castellano@arnoldporter.com
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile:  (202) 942-5999

Attorneys for Plaintiff
*Space Exploration Technologies Corp.*

| | |
|---|---|
| 1 | Pursuant to the Court's September 24, 2020 Order directing the Parties to show cause "as to whether the Court should enter judgment in favor of Defendants given [the Court's] decision, thereby closing the case" (Dkt. 223 at 36), Plaintiff Space Exploration Technologies Corp. ("SpaceX"), Defendant the United States of America, and Defendant-Intervenors Blue Origin, LLC, Orbital Sciences Corporation, and United Launch Services, LLC, by and through their respective counsel of record, hereby stipulate that the Parties agreed to a process by which the Court could adjudicate this Administrative Procedure Act matter based on briefings on the Certified Administrative Record. (Dkt. 161 at 3.) In reviewing a case under the Administrative Procedure Act, as here, "the Court does not, as it would in ruling on an ordinary summary judgment motion, determine whether there is any genuine dispute of material fact.  Instead, summary judgment serves as a mechanism for deciding, as a matter of law, whether the agency action passes muster under the APA."  *GB Int'l v. Crandall*, 403 F. Supp. 3d 927, 931 (W.D. Wash. 2019) (citing *Fla. Power & Light Co. v. Lorion*, 470 U.S. 729, 744 (1985), *Nw. Motorcycle Ass'n v. USDA*, 18 F.3d 1468, 1471-72 (9th Cir. 1994), and *Occidental Eng'g Co. v. INS*, 753 F.2d 766, 769-70 (9th Cir. 1985)).  "Accordingly, the Court reviews the evidence included in the administrative record to determine, whether as a matter of law, the evidence permitted the agency to make the decision it did." *Id.* |

Plaintiff SpaceX, accordingly, filed a Motion for Judgment on the Administrative Record.  The Court's September 24, 2020 Order denied that motion, concluding that the Air Force's actions were not arbitrary, capricious, or in violation of the law, and that SpaceX was not entitled to any relief in this action.  (*See* Dkt. 223 at 35.)  Considering the November 2019 Stipulation and the Court's inherent authority to treat Defendants' filings as if they had made cross-motions (*see, e.g.*, Fed. R. Civ. P. 56(f)), the Court may enter judgment in favor of Defendants based on the Court's September 24, 2020 Order, provided that any such judgment preserves all rights and remedies of SpaceX on appeal and in further remand proceedings if necessary.  In the

1  latter regard, all Parties agree that this Stipulation does not waive or release any such
2  rights.
3
4  Dated:  October 2, 2020          ARNOLD & PORTER KAYE SCHOLER LLP

5                                   By: */s/ Craig A. Holman*
6                                        Craig A. Holman (*admitted pro hac vice*)

7                                        Attorney for Plaintiff
                                         *Space Exploration Technologies Corp.*
8

9                                        U.S. DEPARTMENT OF JUSTICE

10                                       JEFFREY BOSSERT CLARK
                                         Acting Assistant Attorney General
11                                       ANTHONY J. COPPOLINO
                                         Deputy Director, Federal Programs Branch
12                                       */s/ Joseph E. Borson*
                                         JOSEPH E. BORSON
13                                       REBECCA CUTRI-KOHART
                                         Trial Attorneys, Civil Division, Federal Programs
14                                       Branch

15                                       Attorneys for Defendant
                                         *United States of America*
16

17                                       BARNES AND THORNBURG LLP

18
                                         By: */s/ Scott E. Pickens*
19                                            Scott E. Pickens (*admitted pro hac vice*)

20                                       Attorney for Defendant-Intervenor
                                         *Blue Origin, LLC*
21

22                                       MCGUIREWOODS LLP

23
                                         By: */s/ Todd R. Steggerda*
24                                            Todd R. Steggerda (*admitted pro hac vice*)

25                                       Attorney for Defendant-Intervenor
                                         *United Launch Services, LLC*
26

27

28

1 | MORRISON AND FOERSTER LLP
2 |
3 | By: */s/ Kevin P. Mullen*
      Kevin P. Mullen (*admitted pro hac vice*)
4 | Attorney for Defendant-Intervenor
    *Orbital Sciences Corporation*
5 |
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

**SIGNATURE ATTESTATION**

All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Craig A. Holman*
Craig A. Holman (*admitted pro hac vice*)

Attorney for Plaintiff
*Space Exploration Technologies Corp.*

**PROOF OF SERVICE**

I hereby certify that on this 2nd day of October 2020, I electronically filed the foregoing Joint Response To Court's Order To Show Cause and Joint Stipulation with the Clerk by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: October 2, 2020      ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Craig A. Holman*
Craig A. Holman (*admitted pro hac vice*)

Counsel for Plaintiff
*Space Exploration Technologies Corp.*