**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., | Case №. 2:19-cv-07927-ODW (GJSx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant, | |
| v. | |
| BLUE ORIGIN, LLC, et al., | |
| Defendant-Intervenors. | |

# JUDGMENT

In light of the Court's Order Denying Plaintiff's Motion for Judgment on the Certified Administrative Record (ECF No. 233) and the parties' Joint Response thereto,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

1. All dates and deadlines in this action are **VACATED** and taken off calendar;
2. Judgment for Defendants as to all of Plaintiff Space Exploration Technologies Corp.'s claims for relief;
3. Each party shall bear its own fees and costs;
4. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

October 2, 2020

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**