# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Space Exploration Technologies, Corp., | Case No. 2:19-cv-7927-ODW(GJS) |
| Plaintiff, | **ORDER GRANTING STIPULATION TO ENTER REDACTED ORDER** |
| v. | |
| United States of America, | |
| Defendant, | |
| v. | |
| Blue Origin, LLC, *et al.*, | |
| Defendant-Intervenors. | |

Having considered the Stipulation of Plaintiff, Defendant, and Defendant-Intervenors (ECF No. 233) for the Court to enter a redacted version of its September 24, 2020 Order (ECF No. 223), and with good cause shown, **IT IS HEREBY ORDERED** that the Stipulation is **GRANTED**. The Clerk of Court is hereby directed to enter the Redacted Order on the docket.

**IT IS SO ORDERED**.

Date: ___October 15, 2020_____    _____
Otis D. Wright, II, U.S. District Judge