**MORRISON & FOERSTER LLP**
KEVIN P. MULLEN (*admitted pro hac vice*)
KMullen@mofo.com
Morrison & Foerster LLP
2100 L Street NW, Suite 900
Washington, D.C. 20037

Attorney for Defendant-Intervenor
Orbital Sciences Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. <br><br> and <br><br> UNITED LAUNCH ALLIANCE, LLC, BLUE ORIGIN, LLC, and ORBITAL SCIENCES CORPORATION, <br><br> Defendant-Intervenors. | Case No. 2:19-cv-07927-ODW-GJS <br><br> Honorable Otis D. Wright II <br><br> **NOTICE OF CHANGE OF ADDRESS** |

**NOTICE OF CHANGE OF ADDRESS**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:
PLEASE TAKE NOTICE that the Washington, D.C. office of Morrison & Foerster LLP and the undersigned attorney(s) of record for Space Exploration Technologies Corp. have changed their address in the above-captioned case.

The new address is:

>Morrison & Foerster LLP
>2100 L Street NW, Suite 900
>Washington, D.C. 20037

PLEASE TAKE FURTHER NOTICE that all email addresses and telephone numbers and facsimile numbers will remain the same.

December 14, 2020                    Respectfully submitted,

By: _/s/ Kevin P. Mullen_____
Kevin P. Mullen *(admitted pro hac vice)*

*Attorney for Defendant-Intervenor Orbital Sciences Corporation*

*Of Counsel:*

David A. Churchill
R. Locke Bell
Sandeep N. Nandivada
Charles L. Capito
Bradley S. Lui
Morrison & Foerster LLP